FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

22 JAN -7 P 1:16

CAROL L. MICHEL
CLERK

# FELONY

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**INDICTMENT FOR WILLFULLY
FILING FALSE TAX RETURNS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **22-2** |
| v. | * | SECTION: **SECT. GMAG. 1** |
| ERNESTINE ANDERSON-TRAHAN | * | VIOLATION: 26 U.S.C. § 7206(1) |
| | * * * | |

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At times relevant to this Indictment:

1. Defendant **ERNESTINE ANDERSON-TRAHAN** ("**TRAHAN**") was a resident of New Orleans, Louisiana, in the Eastern District of Louisiana.

2. Beginning in or around January 2013, and continuing through at least January 2022, **TRAHAN** was employed as a judge with the Second City Court in the Parish of Orleans, in the Eastern District of Louisiana. **TRAHAN** earned annual wages from the Supreme Court of Louisiana and the Judicial Expense Fund. In addition to these wages, **TRAHAN** received gross receipts from officiating marriage ceremonies.



3. From 2013 to at least 2016, **TRAHAN** officiated hundreds of marriage ceremonies each year. In addition to a standard marriage license fee payable to the Court, **TRAHAN** charged between approximately $80 to $100 in officiant fees, payable to her in cash, for marriages she officiated during regular business hours at the courthouse. **TRAHAN** charged higher officiant fees for marriages she officiated on Valentine's Day, outside the courthouse, or outside normal business hours.

4. In 2013 and 2014, in addition to the income **TRAHAN** received from her employment as a judge and from officiating marriage ceremonies, **TRAHAN** received gross receipts from legal fees, including referral fees and fee-sharing agreements for legal work that she performed unrelated to her judicial income.

5. The Internal Revenue Service ("IRS") was an agency of the U.S. Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

## COUNT 1

6. The Grand Jury incorporates by reference herein all the information contained in Paragraphs 1 through 5 of the General Allegations as if fully set forth herein, and further alleges that:

7. On or about March 20, 2017, in the Eastern District of Louisiana, and elsewhere, the defendant,

**ERNESTINE ANDERSON-TRAHAN,**

willfully made and subscribed a joint U.S. Individual Income Tax Return, IRS Form 1040, which was filed with the IRS, for the calendar year 2013, which was verified by written declaration that it was made under the penalties of perjury and which **TRAHAN** did not believe to be true and

correct as to every material matter in that the return failed to disclose gross receipts from legal fees and did not accurately report gross receipts from officiating weddings. The tax return reported, among other false items, (1) false business income (Line 12) of $24,518; (2) false total income (Line 22) of $160,731; and (3) false gross receipts of $16,000 (Schedule C, Line 1), whereas **TRAHAN** then and there knew she had unreported gross receipts from legal fees and substantially more gross receipts from officiating weddings than she stated for the 2013 calendar year.

All in violation of Title 26, United States Code, Section 7206(1).

## COUNT 2

8. The Grand Jury incorporates by reference herein all the information contained in Paragraphs 1 through 5 of the General Allegations as if fully set forth herein, and further alleges that:

9. On or about July 2, 2015, in the Eastern District of Louisiana, and elsewhere, the defendant,

**ERNESTINE ANDERSON-TRAHAN,**

willfully made and subscribed a joint U.S. Individual Income Tax Return, IRS Form 1040, which was filed with the IRS, for the calendar year 2014, which was verified by written declaration that it was made under the penalties of perjury and which **TRAHAN** did not believe to be true and correct as to every material matter in that the return failed to disclose gross receipts from legal fees and did not accurately report gross receipts from officiating weddings. The tax return reported, among other false items, (1) false business income (Line 12) of $7,709; (2) false total income (Line 22) of $145,286; and (3) false gross receipts of $16,000 (Schedule C, Line 1), whereas **TRAHAN** then and there knew she had unreported gross receipts from legal fees and substantially more gross receipts from officiating weddings than she stated for the 2014 calendar year.

3

All in violation of Title 26, United States Code, Section 7206(1).

## COUNT 3

10. The Grand Jury incorporates by reference herein all the information contained in Paragraphs 1 through 3 and 5 of the General Allegations as if fully set forth herein, and further alleges that:

11. On or about October 17, 2016, in the Eastern District of Louisiana, and elsewhere, the defendant,

**ERNESTINE ANDERSON-TRAHAN,**

willfully made and subscribed a joint U.S. Individual Income Tax Returns, IRS Form 1040, which was filed with the IRS, for the calendar year 2015, which was verified by written declaration that it was made under the penalties of perjury and which **TRAHAN** did not believe to be true and correct as to every material matter in that the return did not accurately report gross receipts from officiating weddings. The tax return reported, among other false items, (1) false business income (Line 12) of $11,207; (2) false total income (Line 22) of $136,322; and (3) false gross receipts of $16,000 (Schedule C, Line 1), whereas **TRAHAN** then and there knew she had substantially more gross receipts from officiating weddings than she stated for the 2015 calendar year.

All in violation of Title 26, United States Code, Section 7206(1).

## COUNT 4

12. The Grand Jury incorporates by reference herein all the information contained in Paragraphs 1 through 3 and 5 of the General Allegations as if fully set forth herein, and further alleges that:

13. On or about November 18, 2017, in the Eastern District of Louisiana, and elsewhere, the defendant,

## ERNESTINE ANDERSON-TRAHAN,

willfully made and subscribed a joint U.S. Individual Income Tax Returns, IRS Form 1040, which was filed with the IRS, for the calendar year 2016, which was verified by written declaration that it was made under the penalties of perjury and which **TRAHAN** did not believe to be true and correct as to every material matter in that the return did not accurately report gross receipts from officiating weddings. The tax return reported, among other false items, (1) false business income (Line 12) of $4,533; (2) false total income (Line 22) of $156,301; and (3) false gross receipts of $15,200 (Schedule C, Line 1), whereas **TRAHAN** then and there knew she had substantially more gross receipts from officiating weddings than she stated for the 2016 calendar year.

All in violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL

FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

DAVID A. HUBBERT
Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

BRIAN FLANAGAN
Trial Attorney
U.S. Department of Justice, Tax Division

WILLIAM MONTAGUE
Trial Attorney
U.S. Department of Justice, Tax Division

New Orleans, Louisiana
January 7, 2022

FORM OBD-34

No.

# UNITED STATES DISTRICT COURT
Eastern District of Louisiana
Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## ERNESTINE ANDERSON-TRAHAN

# INDICTMENT
## FILING FALSE TAX RETURNS

VIOLATION: Title 26, U.S.C., Section 7206(1)

Filed in open court this _____ day of _____ A.D. 2022.

_____
Clerk

Bail, $ _____

_____
BRIAN E. FLANAGAN
Trial Attorney
U.S. Department of Justice, Tax Division