PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT — EASTERN
DISTRICT OF LOUISIANA — Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** Ashley R. Rohde
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3000

**Name of Asst. U.S. Attorney (if assigned):** Brian E. Flanagan

CASE NO. 22-2 SECT.GMAG.1

USA vs.
**Defendant:** ERNESTINE ANDERSON-TRAHAN

**Address:** Michael William Magner
Jones Walker (New Orleans), Place St. Charles
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170

☐ Interpreter Required    Dialect: _____

**Birth Date:** 1966    ☐ Male  ☑ Female    ☐ Alien (if applicable)

**Social Security Number:** XXX-XX-0532

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):**
IRS / Criminal Investigations Unit / SA Timothy Moore

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

**Place of offense:** ORLEANS PARISH    County

### DEFENDANT

**Issue:** ☐ Warrant  ☑ Summons

**Location Status:**
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** MICHAEL W. MAGNER
☐ FPD ☐ CJA ☑ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 1    (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 26, United States Code, Section 7206(1) | Filing False Tax Returns | 1-4 |