**TO: DOCKET CLERK**

**22-2 SECT.GMAG.1**

**_X_ NO MAGISTRATE PAPERS WERE FOUND**

*for*

**NAME: _ERNESTINE ANDERSON-TRAHAN_**

**Initials: ___FCT___**

If you receive this note without any initials, please return the entire packet to criminal desk .

Thank you