# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-2 |
| VERSUS | SECTION "G" |
| ERNESTINE ANDERSON-TRAHAN | VIOLATION: <br> 26 U.S.C. § 7206(1) |

## NOTICE OF INITIAL APPEARANCE/ARRAIGNMENT

Take notice that this criminal proceeding is set for **January 24, 2022, at 2:00 p.m.** before Criminal Duty Magistrate Judge Janis van Meerveld.

**\*\*THIS HEARING WILL BE CONDUCTED BY VIDEO\*\***

Date: January 7, 2022

CAROL L. MICHEL, CLERK
by Morgan Palmer, Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ ERNESTINE ANDERSON-TRAHAN

✓ Michael William Magner, Counsel
Jones Walker (New Orleans)
Place St. Charles
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170

✓ AUSA BRIAN E. FLANAGAN
Tax Division, Criminal Enforcement

✓ AUSA WILLIAM M. MONTAGUE
Tax Division, Criminal Enforcement

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓ JUDGE

✓ Special Agent Timothy Moore
IRS - Criminal Investigations
newcourt@ci.irs.gov

**If you change address, notify clerk of court by phone, (504) 589-7680**

FOREIGN LANGUAGE INTERPRETER:
**NONE**