MINUTE ENTRY
VAN MEERVELD, M.J.
JANUARY 24, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 22-02 |
| ERNESTINE ANDERSON-TRAHAN | SECTION: G |

An initial appearance and arraignment were set this date before United States Magistrate Judge Janis van Meerveld.

PRESENT BY VIDEO:   Brian Flanagan & William Montague, Assistant U.S. Attorney
                     Michael Magner & Andrew Rayford, Counsel for Defendant – For Appt.
                     Ernestine Anderson-Trahan, Defendant

Defendant consented to appearance by video.

Reading of the indictment was summarized. Defendant requested court-appointed counsel and was sworn regarding financial status,

For reasons stated on the record, **IT IS ORDERED** that the initial appearance and arraignment are **CONTINUED** to January 28, 2022 at 10:00 a.m. before the Duty Magistrate Judge.

Defendant was released on a provisional personal recognizance bond with no pretrial Supervision. Defendant gave verbal consent in lieu of signature on the bond documents.

JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  00:15