MINUTE ENTRY
JANUARY 28, 2022
VAN MEERVELD, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-02 |
| ERNESTINE ANDERSON-TRAHAN | SECTION: G |

INITIAL APPEARANCE

APPEARANCES: X  DEFENDANT WITH/WITHOUT COUNSEL  CJA: Michael Magner and Andrew Rayford – By Video – 201 St. Charles Ave, Ste. 5100, NOLA 70170
X  ASSISTANT U.S. ATTORNEY  Brian Flanagan, William Montague - By Video
___INTERPRETER _____
Designated by Court and sworn.  Time: _____ .M to _____ M.

X / DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / DEFENDANT WAS ADVISED OF HER RIGHTS

X / READING OF THE INDICTMENT WAS:
   READ (WAIVED) SUMMARIZED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN/WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 13

*Janis van Meerveld*

\_/ BOND SET AT _____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

X/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

\_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X/ DEFENDANT RELEASED ON BOND *previously set on 1/24/22*

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ (ARRAIGNMENT) IS SET FOR *held*

\_/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

\_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

\_/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

\_/ THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

*JvM*