MINUTE ENTRY
VAN MEERVELD, M.J.
JANUARY 28, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL |
|---|---|
| VERSUS | NO. 22-02 |
| ERNESTINE ANDERSON- TRAHAN | SECTION: G |

## CRIMINAL ARRAIGNMENT

APPEARANCES:  X  DEFENDANT
  X  COUNSEL FOR DEFENDANT  *CJA*· Michael Magner, Andrew Rayford - by video
  X  ASSISTANT U.S. ATTORNEY  Brian Flanagan, William Montague - by video
  ___ INTERPRETER  SWORN
  (TIME:  .M to  .M)

X / DEFENDANT CONSENTED TO APPEAR BY VIDEO
X / READING OF THE INDICTMENT: READ (WAIVED) SUMMARIZED

X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

X / GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND  set on 1/24/2022

__ / BAIL SET AT _____

__ / DEFENDANT RELEASED ON NEW BOND

__ / OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **MARCH 17, 2022 AT 2:00 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE NANNETTE JOLIVETTE BROWN**

X / TRIAL: **APRIL 4, 2022 AT 9:00 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE NANNETTE JOLIVETTE BROWN**

MJSTAR: 00: 0 3

/s/ Janis van Meerveld