# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs ) <br> ) <br> ERNESTINE ANDERSON-TRAHAN, ) <br> ) <br> Defendant. ) | 2:22-CR-00002-1-NJB <br><br> ORDER APPOINTING COUNSEL |

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that MICHAEL W. MAGNER, ESQ. is hereby appointed to represent Defendant, ERNESTINE ANDERSON-TRAHAN.

New Orleans, Louisiana, this  28th  day of  January  2022.


_____
JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE