## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-2 |
| VERSUS | SECTION "G" |
| ERNESTINE ANDERSON-TRAHAN | VIOLATION: 26 U.S.C. § 7206(1) |

### NOTICE OF TRIAL

Take notice that this criminal proceeding is set for **April 4, 2022 at 9:00 A.M.**, before Chief Judge Nannette Jolivette Brown, Courtroom C227, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: January 31, 2022 | CAROL L. MICHEL, CLERK |
| | by Morgan Palmer, Deputy Clerk |

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ ERNESTINE ANDERSON-TRAHAN

✓ Michael William Magner, Counsel

✓ AUSA BRIAN E. FLANAGAN
  Tax Division, Criminal Enforcement

✓ AUSA WILLIAM M. MONTAGUE
  Tax Division, Criminal Enforcement

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓ JUDGE

✓ Special Agent Timothy Moore
  IRS - Criminal Investigations
  newcourt@ci.irs.gov

FOREIGN LANGUAGE INTERPRETER: **NONE**

**If you change address, notify clerk of court by phone, (504) 589-7680**