UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-2 |
| v. | SECTION "G"<br>JUDGE NANNETTE JOLIVETTE BROWN |
| ERNESTINE ANDERSON-TRAHAN | |
| | MAGISTRATE (1)<br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

## JOINT MOTION FOR CONTINUANCE

The United States of America and Defendant Ernestine Anderson-Trahan, through undersigned counsel, jointly move the Court to continue the trial date in this matter from April 4, 2022 until on or after August 1, 2022 or August 8, 2022. The parties also respectfully request that the Court schedule a status conference at which a new trial date may be selected if the Court declines to schedule trial on August 1, 2022 or August 8, 2022.

This short continuance is necessary for two reasons. First, Michael W. Magner, lead counsel for Mrs. Anderson-Trahan, is scheduled to undergo a lumbar fusion surgical procedure on March 7, 2022. Mr. Magner's recovery from this procedure is anticipated to take several months, and while recovering Mr. Magner will be unable to prepare for and try this case. Second, the COVID-19 pandemic continues to disrupt trial preparations and cause jury trials within this District to be delayed. Public projections indicate that these disruptions will continue into the spring of 2022. By acting now to continue the trial until on or after August 1, 2022 or August 8, 2022, the Court will avoid the need for a last-minute continuance of the currently scheduled trial date, and also mitigate the health risks associated with this complex trial.

{N4526169.1}

1

## I.     A Short Continuance Is Necessary Due to Mr. Magner's Surgical Procedure

A continuance is warranted because Mr. Magner, lead trial counsel for Mrs. Anderson-Trahan, is scheduled to undergo a lumbar fusion surgery on March 7, 2022. The surgery is anticipated to require several days in the hospital, followed by several months of recovery. During the recovery period, Mr. Magner's ability to sit or stand for long periods of time will be impaired, preventing him from preparing for or trying this case. The requested continuance would provide Mr. Magner sufficient time to recuperate so that he may continue as lead trial counsel for Mrs. Anderson-Trahan.

## II.    A Short Continuance Is Appropriate Due to the Ongoing COVID-19 Pandemic

The public health situation caused by the COVID-19 pandemic additionally merits a short continuance. Publicly reported data indicate that although the spread of COVID-19 Omicron variant is slowing, case numbers in Louisiana remain near all-time highs. A short continuance will help to ensure that the COVID-19 pandemic does not further disrupt this trial.

It is the defense's position that a short continuance until on or after August 1, 2022 or August 8, 2022 is also appropriate to increase the possibility that the Clerk of Court will be able to obtain an adequate spectrum of jurors in the venire. Until a substantial majority of Louisiana citizens in this District have been fully vaccinated, it appears that there will continue to be significant racial and socioeconomic disparities in access to the COVID-19 vaccine. The ongoing public health crisis also makes it difficult for counsel to meet with potential witnesses. Many of the witnesses in this case are difficult to locate and/or reluctant to speak with counsel. The COVID-19 pandemic has only exacerbate these difficulties. A short continuance will provide counsel with sufficient time to contact and meet with witnesses.

Finally, a short continuance will enable the Court to conduct a safe and open trial. Given current trends in vaccine administration, it is not necessary to subject witnesses, jurors, parties,

{N4526169.1}

and counsel to health risks when it is reasonable to believe that the trial date can occur, with substantially reduced risk, just a few months later. At the same time, a short continuance will increase the likelihood that the Court will be able to conduct this lengthy, complex trial without onerous restrictions, such as mask requirements.

III.    **The Court May Exclude the Time Under the Speedy Trial Act.**

The Court may exclude the requested continuance from the computation of time under the Speedy Trial Act because the ends of justice served by granting the continuance outweigh the interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A); General Order 21-11 (exclusion of postponements under Speedy Trial Act warranted "due to the Court's reduced ability to safely obtain an adequate spectrum of jurors and the effect of the recent surge of COVID-19 cases on the ability of counsel and Court staff to be safely present in the courtroom"); General Order 21-12 (exclusion of postponements under Speedy Trial Act warranted "due to the Court's reduced ability to obtain an adequate spectrum of jurors and the effect of Hurricane Ida on the ability of counsel and Court staff to be safely present in the courtroom"). Additionally, the ends of justice will be served because a failure to grant the requested continuance would unreasonably deny Mrs. Anderson-Trahan's continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

For all of these reasons, the United States and Ernestine Anderson-Trahan respectfully request a short continuance of the trial in this matter until on or after August 1, 2022 or August 8, 2022. The parties also respectfully request that the Court schedule a status conference at which a new trial date may be selected if the Court declines to schedule trial on August 1, 2022 or August 8, 2022.

Dated: February 14, 2022

[Signature Blocks on Next Page]

{N4526169.1}

DUANE A. EVANS
United States Attorney

 /s/ William M. Montague
WILLIAM M. MONTAGUE
BRIAN E. FLANAGAN
Trial Attorneys
U.S. Department of Justice, Tax Division
150 M. Street NE, Suite 1405
Washington, D.C., 20002
Telephone: 202-616-2386
william.m.montague@usdoj.gov
brian.e.flanagan@usdoj.gov

 **Attorneys for United States of America**

/s/ *Michael W. Magner*
MICHAEL W. MAGNER (#1206)
ANDREW C. RAYFORD (#39443)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170
Telephone: (504) 582-8358
mmagner@joneswalker.com
arayford@joneswalker.com

**Attorneys for Ernestine-Anderson Trahan**

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all known counsel of record.

/s/ *Michael W. Magner*

{N4526169.1}

4