# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **VERSUS** | **CASE NO. 22-2** |
| **ERNESTINE ANDERSON-TRAHAN** | **SECTION: "G"** |

## ORDER

Before the Court is the United States and Defendant Ernestine Anderson-Trahan's Joint Motion for Continuance.[1] The Court finds that pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting this motion outweigh the best interest of the public and the defendant in a speedy trial. It is specifically found that failure to grant such a continuance in the case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to subsection 3161(h)(7)(B)(iv). Therefore, the Court finds the period of this continuance as excludable time under the Speedy Trial Act, Title 18, United States Code, Section 3161, *et seq*.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to continue is **GRANTED.**

---

[1] Rec. Doc. 20.

**IT IS FURTHER ORDERED** the trial in the above-captioned matter is continued from April 4, 2022 to August 1, 2022 at 9:00 AM and the final pre-trial conference is continued from March 17, 2022 to July 20, 2022 at 3:00 PM.

**NEW ORLEANS, LOUISIANA,** this 15th day of February, 2022.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**