**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA

VERSUS

ERNESTINE ANDERSON-TRAHAN

CRIMINAL NO. 22-2

SECTION "G"

VIOLATION:
26 U.S.C. § 7206(1)

<u>NOTICE OF TRIAL</u>
(continued from 4/4/2022)

Take notice that this criminal proceeding is set for **August 1, 2022 at 9:00 A.M.**, before Chief Judge Nannette Jolivette Brown, Courtroom C227, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  February 16, 2022

CAROL L. MICHEL, CLERK
by Morgan Palmer, Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ ERNESTINE ANDERSON-TRAHAN (bond)

✓ Michael William Magner, Counsel
✓ Andrew Caleb Rayford, Co-counsel

**If you change address,
notify clerk of court
by phone, (504) 589-7680**

✓ AUSA BRIAN E. FLANAGAN
   Tax Division, Criminal Enforcement

✓ AUSA WILLIAM M. MONTAGUE
   Tax Division, Criminal Enforcement

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓ JUDGE

✓ Special Agent Timothy Moore
   IRS - Criminal Investigations
   newcourt@ci.irs.gov

FOREIGN LANGUAGE INTERPRETER:
**<u>NONE</u>**