UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-2 |
| v. | * | SECTION: "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |

\* \* \*

## GOVERNMENT'S REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17 (a) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

## SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS, DATA OR OTHER

20 sets for Rule 17(a) - trial - scheduled on August 1, 2022.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

/s/
BRIAN E. FLANAGAN
Trial Attorney, Tax Division
New York Bar Number: 5191911
150 M. Street NE, Suite 1405
Washington, D.C., 20002
Telephone: 202-616-3362
Email: brian.e.flanagan@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        /s/_____
                                        BRIAN E. FLANAGAN
                                        Trial Attorney, Tax Division