AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  22-cr-002 G(1) |
| Ernestine Anderson-Trahan | ) | |
| *Defendant* | ) | |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: |
|---|---|
| | Date and Time: |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: __Apr 26 2022__

_____
Carol L. Michel
Name of clerk of court

_____
Deputy clerk's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __United States of America__ , who requests this subpoena, are:

Brian Eugene Flanagan
DOJ-Tax
150 M Street, NE
Ste 1.405
Washington, DC 20004
202-616-3362
Email: brian.e.flanagan@usdoj.gov

William M. Montague
DOJ-Tax
Tax Division, Criminal Enforcement Section
150 M Street, NE
4 Constitution Square, Mail Stop: 1.1505
Washington, DC 20002
202-616-2386
Email: william.m.montague@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   22-cr-002 G(1)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: