UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO.: 22-2 |
| ERNESTINE ANDERSON-TRAHAN | SECTION: "G" |

## ORDER

**IT IS HEREBY ORDERED** that a status conference in the above-captioned matter is scheduled for May 24, 2022 at 3:00 PM. The status conference will proceed via videoconference. Counsel will receive a Zoom link from chambers. Only counsel of record are permitted to appear at the conference.

**IT IS FURTHER ORDERED** that each person granted remote access to the status conference conducted by Zoom must abide by the general prohibition against photographing, recording, and rebroadcasting of court proceedings.

**NEW ORLEANS, LOUISIANA**, this __4th__ day of May, 2022.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**