# TO: DOCKET CLERK

__ *MAGISTRATE CASE NUMBER*

OR

<u>X</u> *NO MAGISTRATE PAPERS WERE FOUND*

for

NAME: <u>ERNESTINE ANDERSON-TRAHAN</u>

Initials: <u>CMS</u>

If you receive this note without any initials, please return the entire packet to criminal desk.

Thank you