UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-2 |
| VERSUS | SECTION "G" |
| ERNESTINE ANDERSON-TRAHAN | VIOLATION: 26 U.S.C. § 7206(1) |

## NOTICE OF ARRAIGNMENT

Take notice that this criminal proceeding is set for **May 27, 2022, at 10:00 a.m.** before Criminal Duty Magistrate Judge Michael North.

**\*\*THIS HEARING WILL BE CONDUCTED BY VIDEO\*\***

| | |
|---|---|
| Date: May 13, 2022 | CAROL L. MICHEL, CLERK<br>by Morgan Palmer, Deputy Clerk |

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ ERNESTINE ANDERSON-TRAHAN
   (bond)

✓ Michael William Magner, Counsel
✓ Andrew Caleb Rayford, Co-counsel

✓ AUSA BRIAN E. FLANAGAN
   Tax Division, Criminal Enforcement

✓ AUSA WILLIAM M. MONTAGUE
   Tax Division, Criminal Enforcement

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓ JUDGE

✓ Special Agent Timothy Moore
   IRS - Criminal Investigations
   newcourt@ci.irs.gov

**If you change address,
notify clerk of court
by phone, (504) 589-7680**

FOREIGN LANGUAGE INTERPRETER:
**NONE**