UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 22-2** |
| v. | **SECTION "G"**<br>**JUDGE NANNETTE JOLIVETTE BROWN** |
| **ERNESTINE ANDERSON-TRAHAN** | |
| | **MAGISTRATE (1)**<br>**MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## UNOPPOSED MOTION FOR CONTINUANCE

Defendant Ernestine Anderson-Trahan, through undersigned counsel, moves the Court to continue the trial date in this matter from August 1, 2022 to November 14, 2022.

1.

This continuance is necessary due to multiple scheduling conflicts on the part of Michael W. Magner, lead counsel for Mrs. Anderson-Trahan, Specifically, Mr. Magner has jury trials scheduled in the following matters, USA v. Nicole Burdett, USDC EDLA Docket # 2:20-cr-00055 on July 18, 2022, USA v. Imad Faiez Hamdan, et al., USDC EDLA Docket # 2-19-cr-00060 on August 29, 2022, and USA v. Jasmine Griffin USDC EDLA Docket # 2:20-cr-00057 on October 17, 2022 that will interfere with his preparation for this matter.

2.

Additionally, the Government recently returned a Superseding Indictment and defense counsel needs additional time to review voluminous discovery and prepare for trial.

3.

The Court may exclude the requested continuance from the computation of time under the Speedy Trial Act because the ends of justice served by granting the continuance outweigh the

#100438537v1

1

interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Additionally, the ends of justice will be served because a failure to grant the requested continuance would unreasonably deny Mrs. Anderson-Trahan's continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

4.

Title 18, United States Code, § 3161(h)(7)(A) provides that any period of delay resulting from a continuance granted based on the Court's finding that the ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendants in a speedy trial shall be excluded in computing the time within which the trial must commence.

5.

Given the above considerations, including counsel's conflicting commitments, granting this motion for a continuance would be in the best interest of justice and would outweigh the interests of the public and the defendants in a speedy trial,

6.

Department of Justice Trial Attorneys William M. Montague and Brian E. Flanagan have been consulted and have stated that the government has no objection to the granting of this motion.

**WHEREFORE**, for the above reasons, defendant, Ernestine-Anderson Trahan, respectfully moves that the pretrial conference and trial in this matter be continued to November 14, 2022, or until a later date convenient to the Court and the parties.

*Signature on following page.*

/s/ *Michael W. Magner*
MICHAEL W. MAGNER (#1206)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170
Telephone: (504) 582-8358
mmagner@joneswalker.com
***Attorney for Ernestine-Anderson Trahan***

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all known counsel of record.

/s/ *Michael W. Magner*

#100438537v1