UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 22-2** |
| v. | **SECTION "G"**<br>**JUDGE NANNETTE JOLIVETTE BROWN** |
| **ERNESTINE ANDERSON-TRAHAN** | |
| | **MAGISTRATE (1)**<br>**MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## ORDER

CONSIDERING the foregoing Unopposed Motion for Continuance and the reasons stated therein.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The jury trial presently set for 9:00 a.m. on August 1, 2022 is **CONTINUED** until _____ at _____ a.m., and the pre-trial conference presently set for 3:00 p.m. on November 3, 2022 is **CONTINUED** until _____ at a.m. In so doing, the Court specifically finds that the ends of justice served by continuing the trial of this matter outweigh the best interest of the public and the defendants' right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS FURTHER ORDERED that the Court's Scheduling Order (R. Doc. 19) is further **AMENDED** with respect to the following deadlines. **All deadlines previously established and not included in this Order remain in effect**.

## MOTIONS IN LIMINE AND MOTIONS TO SUPPRESS

Motions in limine, motions to suppress and short memoranda supporting objections to exhibits must be delivered to chambers no later than _____ at 4:30 p.m., with responses thereto to be delivered to chambers no later than _____ at 4:30 p.m.

## VOIR DIRE AND JUROR QUESTIONS

Special voir dire, jury interrogatories, jury charges, and jury questionnaires (originals and copies) must be delivered to chambers no later than _____ at 12:00 noon. Requests for lawyer voir dire must contain a statement of intentions and must be delivered to chambers no later than _____ at 12:00 noon.

## JOINT BENCH BOOKS

Counsel are to prepare a joint bench book (or set of bench books) of exhibits to be used at trial. The bench book must be tabbed numerically by exhibit and contain an index of the exhibits. Any *in globo* exhibits must contain page or Bates numbers. The copies of the bench book(s) for use by witnesses and the jury must be delivered to Chambers by _____, and shall contain any exhibits as to which there are pending objections. Counsel for the government must furnish the Court with a copy of the bench book to be used at trial by the undersigned no later than _____ at 12:00 noon. Exhibits as to which there are no objections, or to which any objections have been overruled by the Court, shall be listed first on the index and placed in the front of the bench book. Exhibits to which there are pending objections shall be listed at the end of the index and placed at the back of the bench book.

A copy of the exhibit book(s) will be needed for the Court's record for this case.

## *GIGLIO* OR *BRADY* INFORMATION

Any *Giglio or Brady* information must be delivered to defense counsel immediately, but in any event by _____ at 12:00 noon.

## *JENCKS* ACT MATERIAL

Counsel for the government must deliver all Jencks Act material and all Fed. R. Crim. P. 404(b) materials to chambers no later than _____ at 12:00 noon. Counsel for the government must also contemporaneously deliver copies of such materials to defense counsel.

New Orleans, Louisiana this day ____ of _____

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

{100438831v1}

3