UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **VERSUS** | **CASE NO. 22-2** |
| **ERNESTINE ANDERSON-TRAHAN** | **SECTION: "G"** |

## ORDER

Before the Court is Defendant Ernestine Anderson-Trahan's Unopposed Motion for Continuance.[1] The Court finds that pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting this motion outweigh the best interest of the public and the defendant in a speedy trial. It is specifically found that failure to grant such a continuance in the case would deny the defendant continuity of counsel and would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to subsection 3161(h)(7)(B)(iv). Therefore, the Court finds the period of this continuance as excludable time under the Speedy Trial Act, Title 18, United States Code, Section 3161, *et seq*. Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Continue is **GRANTED**.

---

[1] Rec. Doc. 31.

**IT IS FURTHER ORDERED** the trial in the above-captioned matter is continued from August 1, 2022 to November 14, 2022 at 9:00 AM and the final pre-trial conference is continued from July 20, 2022 to November 3, 2022 at 3:00 PM.

**NEW ORLEANS, LOUISIANA,** this  1st   day of June, 2022.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**