MINUTE ENTRY
NORTH, M.J.
MAY 27, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                          CRIMINAL

VERSUS                                            NO. 22-02

ERNESTINE ANDERSON-TRAHAN                          SECTION: G

**CRIMINAL ARRAIGNMENT**

APPEARANCES:    X   DEFENDANT
                X   COUNSEL FOR DEFENDANT    Michael Magner; ~~Andrew Rayford~~ -by video
                X   ASSISTANT U.S. ATTORNEY   ~~Brian Flanagan~~; William Montague -by video
                    INTERPRETER                              SWORN
                    (TIME:            .M  to            .M)

X/ DEFENDANT CONSENTED TO APPEAR BY VIDEO
X / READING OF THE SUPERSEDING INDICTMENT: READ WAIVED SUMMARIZED

 X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

 X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

 X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL
PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO
THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO
TIMELY.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X/ DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

__/ OTHER: _____

**NOTICE:**  X / PRE-TRIAL CONFERENCE: **JULY 20, 2022 AT 3:00 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE NANNETTE JOLIVETTE BROWN**

 X / TRIAL:  **AUGUST 1, 2022 AT 9:00 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE NANNETTE JOLIVETTE BROWN**

MJSTAR: 00:  05