UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-2 |
| v. | * | SECTION: "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |

\* \* \*

## MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Trial Attorney, and respectfully requests that this Court enter an Order allowing Marissa R. Brodney and Michael C. Boteler to be substituted for William M. Montague.

**WHEREFORE** undersigned counsel respectfully requests that Marissa R. Brodney and Michael C. Boteler be substituted as counsel of record for the United States of America and, further, that William M. Montague be withdrawn as counsel of record.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

s/Marissa R. Brodney
MARISSA R. BRODNEY
Trial Attorney, Tax Division
150 M. Street NE, Suite 1405
Washington, D.C., 20002
Telephone: 202-598-5938
Email: Marissa.R.Brodney@usdoj.gov

s/Michael C. Boteler
MICHAEL C. BOTELER
Trial Attorney, Tax Division
150 M. Street NE, Suite 1210
Washington, D.C., 20002

Telephone: 202-353-1897
Email: michael.c.boteler@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                                s/Marissa R. Brodney
                                                MARISSA R. BRODNEY
                                                Trial Attorney, Tax Division