UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-2** |
| **v.** | * | **SECTION: "G"** |
| **ERNESTINE ANDERSON-TRAHAN** | * | |
| | * * * | |

# **O R D E R**

Considering the foregoing Motion to Substitute Counsel;

**IT IS ORDERED** that Marissa R. Brodney and Michael C. Boteler be and are hereby substituted for William M. Montague as counsel of record for the United States of America in the above-captioned matter.

New Orleans, Louisiana, this _____ day of September, 2022.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT