UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-2 |
| v. | * | SECTION: "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |

\* \* \*

**ORDER**

Considering the foregoing Motion to Substitute Counsel;

**IT IS ORDERED** that Marissa R. Brodney and Michael C. Boteler be and are hereby substituted for William M. Montague as counsel of record for the United States of America in the above-captioned matter.

New Orleans, Louisiana, this __12th__ day of September, 2022.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT