UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO.: 22-2 |
| | * | |
| | | SECTION "G" |
| | * | JUDGE NANNETTE JOLIVETTE BROWN |
| VERSUS | * | |
| | * | |
| | * | MAGISTRATE JUDGE JANIS VAN |
| ERNESTINE ANDERSON-TRAHAN | * | MEERVELD |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**NOW INTO COURT** comes Andrew C. Rayford, Esq., the attorney of record for Defendant Ernestine Anderson-Trahan in the above-styled and numbered cause. Undersigned counsel moves the Court to allow him to withdraw as the Defendant's attorney of record. Jones Walker, LLP represents Defendant, and the organization no longer employs the undersigned attorney.

**WHEREFORE** the undersigned counsel prays that he be allowed to withdraw as attorney of record for Defendant in this case.

Respectfully Submitted,

*Andrew Rayford*
**Andrew C. Rayford, 39443**
THE LAW OFFICE OF ANDREW C. RAYFORD, LLC
5520 Johnston St., Suite K #650
Lafayette, Louisiana 70503
Telephone: 337-279-1605
Facsimile: 337-703-0071
andrew@andrewrayfordlaw.com
***Attorney for Ernestine Anderson-Trahan***

## CERTIFICATE OF SERVICE

I certify that on September 15, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all known counsel of record.

*Andrew Rayford*
**Andrew C. Rayford, Esq.**