UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO.: 22-2 |
| | * | |
| | | SECTION "G" |
| | * | JUDGE NANNETTE JOLIVETTE BROWN |
| VERSUS | * | |
| | * | |
| | * | MAGISTRATE JUDGE JANIS VAN |
| ERNESTINE ANDERSON-TRAHAN | * | MEERVELD |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Attorney of Record;

**IT IS ORDERED** that Andrew C. Rayford is hereby withdrawn as attorney of record for Defendant Ernestine Anderson-Trahan in the above-captioned matter. Michael Magner remains enrolled as counsel of record for Defendant.

New Orleans, Louisiana, this  19th   day of September 2022.

*Nannette Jolivette Brown*

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**