UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-2 |
| VERSUS | SECTION "G" |
| | JUDGE NANNETTE JOLIVETTE BROWN |
| ERNESTINE ANDERSON-TRAHAN | |
| | MAGISTRATE (1) |
| | MAGISTRATE JUDGE JANIS VAN MEERVELD |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant Ernestine Anderson-Trahan, who respectfully requests that Thomas C. Wicker, IV (Louisiana Bar Roll No. 37955) of the law firm of Jones Walker LLP, 201 St. Charles Ave, 50th Floor, New Orleans, Louisiana, 70170, be enrolled as additional counsel for Defendant in the above-captioned matter.

Respectfully submitted,

*/s/ Michael W. Magner*
Michael W. Magner (#1206)
Jones Walker LLP
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170
Telephone (504) 582-8316
mmagner@joneswalker.com
*Counsel for* **Ernestine Anderson-Trahan**

## CERTIFICATE OF SERVICE

I certify that on September 21, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

*/s/ Michael W. Magner*

#100668450v1