**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 22-2** |
| **VERSUS** | **SECTION "G"** |
| | **JUDGE NANNETTE** |
| **ERNESTINE ANDERSON-TRAHAN** | **JOLIVETTE BROWN** |
| | **MAGISTRATE (1)** |
| | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

**ORDER**

Considering the foregoing Motion to Enroll Additional Counsel of Record;

**IT IS ORDERED, ADJUDGED, and DECREED** that Thomas C. Wicker, IV (Louisiana Bar Roll No. 37955) of the law firm of Jones Walker LLP be and is hereby enrolled as additional counsel of record on behalf of Defendant Ernestine Anderson-Trahan.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
**UNITED STATES DISTRICT JUDGE**

#100668450v1