UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL NO. 22-2 |
|---|---|
| VERSUS | SECTION "G" |
| | JUDGE NANNETTE |
| ERNESTINE ANDERSON-TRAHAN | JOLIVETTE BROWN |
| | |
| | MAGISTRATE (1) |
| | MAGISTRATE JUDGE JANIS |
| | VAN MEERVELD |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record;

**IT IS ORDERED** that Thomas C. Wicker, IV (Louisiana Bar Roll No. 37955) of the law firm of Jones Walker LLP be and is hereby enrolled as additional counsel of record on behalf of Defendant Ernestine Anderson-Trahan.

New Orleans, Louisiana, this 26th day of September, 2022.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

#100668450v1