UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-2** |
| **v.** | * | **SECTION: "G"** |
| **ERNESTINE ANDERSON-TRAHAN** | * | |
| | * * * | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL AN EX PARTE MOTION FOR DISCLOSURE OF RETURNS AND RETURN INFORMATION AND SUPPORTING MEMORANDUM**

**NOW INTO COURT** comes the United States of America, by undersigned counsel, and respectfully moves this Court for leave to file an *ex parte* motion for disclosure of tax return and return information and supporting memorandum. The United States is seeking tax return information pursuant to 26 U.S.C. § 6103(h)(4)(D) and requests that the motion for disclosure and all related documents contained therein be sealed in order to protect the disclosure of sensitive tax return information and personal information.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ Brian Flanagan*
BRIAN E. FLANAGAN
Trial Attorney, Tax Division
New York Bar Number: 5191911
150 M. Street NE, Suite 1405
Washington, D.C., 20002
Telephone: 202-616-3362
Email: brian.e.flanagan@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 11, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        */s/ Brian Flanagan*
                                        BRIAN E. FLANAGAN
                                        Trial Attorney, Tax Division