UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-2 |
| v. | * | SECTION: "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |
| * * * | | |

### GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT BUSINESS RECORDS VIA CERTIFICATION

**NOW INTO COURT** comes the United States of America, by undersigned counsel, and moves pursuant to Federal Rule of Evidence 104(a) for this Court to make a preliminary determination of admissibility regarding certain business records certified by custodians, subject to determination of relevance.[1] The Government wishes to obviate the need to call several custodian/foundation witnesses by using certifications under Federal Rule of Evidence 902(11). The records consist of bank records and records regarding the lease of a vehicle. Attachment A.

The United States respectfully requests that the Court make the preliminary determination that the foundational prerequisites for admission under the applicable rules have been met. The records are admissible, and a preliminary ruling would serve the interests of justice by promoting an efficient trial and preempting the unnecessary travel of foundational witnesses.

---

[1] The United States provided written notice to Defense counsel regarding its intention to seek admission pursuant to certificates on October 6, 2022 and provided several certifications.

1

Respectfully submitted,

DUANE A. EVANS
United States Attorney

*/s/ Brian Flanagan*
BRIAN E. FLANAGAN
Trial Attorney, Tax Division
150 M. Street NE, Suite 1405
Washington, D.C., 20002
Telephone: 202-616-3362
Email: brian.e.flanagan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brian Flanagan*
BRIAN E. FLANAGAN
Trial Attorney, Tax Division