**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  22-2** |
| **v.** | * | **SECTION:  "G"** |
| **ERNESTINE ANDERSON-TRAHAN** | * | |
| | *     *     * | |

**O R D E R**

Considering the foregoing Motion for Determination that Records Qualify as Business Records and Public Records of Vital Statistics under Federal Rules Of Evidence 803(6) and 803(9);

**IT IS ORDERED** that the Exhibits included at Attachment A are authentic and qualify as business records.  The records custodians identified in the accompanying certifications need not travel in order to lay the necessary foundation for the exhibits.  The Government must still mark the exhibits and move for their admission during the Government's case in chief, but Defendant may not object on the grounds of hearsay or lack of authentication.

New Orleans, Louisiana, this _____ day of October, 2022.


_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

1