| Reference No. | Item | Source | Production # |
|---|---|---|---|
| B | JPMC Certification | JP Morgan Chase | USA 00008077 – USA 00008079 |
| B1 | All JPMC *4804 from December 17, 2011 to January 16, 2017 Statements | JP Morgan Chase | USA 00008397 – USA 00010252 |
| B2 | JPMC Signature Card | JP Morgan Chase | USA 00008396 |
| B3 | JPMC Statements February 2013 to February 2016 (non-consecutive) | JP Morgan Chase | USA 00008719 – USA 00009823 (non-consecutive) |
| B4 | Deposited Check – Hall | JP Morgan Chase | USA 00009125 |
| B5 | Deposited Check – Anderson Davis | JP Morgan Chase | USA 00008950 |
| B6 | Deposited Check – Kluger | JP Morgan Chase | USA 00009095 |
| B7 | Deposited Checks – Clifton Davis | JP Morgan Chase | USA 00008872 & USA 00009827 |
| B8 | Deposited Checks – Trahan & Davis | JP Morgan Chase | USA 00008732; USA 00008734; USA 00008778; USA 00008822; & USA 00009365 |
| B9 | Deposited Check – Boykin & Utley | JP Morgan Chase | USA 00009722 |
|  |  |  |  |
| C | Whitney Bank Certification | Whitney Bank | USA 00033379 |
| C1 | All Whitney Bank *8775 Statements from March 16, 2012 to January 11, 2017 | Whitney Bank | USA 00032513 – USA 00032807 |
| C1 | All Whitney Bank Statements | Whitney Bank | USA 00032513 – USA 00032913 |
| C2 | Whitney Bank Opening Documents | Whitney Bank | USA 00041842 – USA 00041845 |
| C3 | Whitney Bank Statements January to February 2013 & September to November 2013 | Whitney Bank | USA 00032586 – USA 00032589; USA 00032640 – USA 00032642; & USA 00032646 – USA 00032649 |

| Reference No. | Item | Source | Production # |
| --- | --- | --- | --- |
| C4 | Deposited Checks – Hall | Whitney Bank | USA 00032645; & USA 00032651 |
| C5 | Deposited Check – Trahan & Davis | Whitney Bank | USA 00032593 |
| | | | |
| D | BMW Certification | BMW Financial Services | USA 00000409 |
| D1 | Credit Application | BMW Financial Services | USA 00000363 – USA 00000364 |
| D2 | Lease Application | BMW Financial Services | USA 00000361 |