# AFFIDAVIT

### Case No. : 2019R00019, R19LAER0211

Hannah M Whisler, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist II and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 2/26/19

By: *Hannah M Whisler*
Hannah M Whisler
Doc Review Sr Specialist II
National Subpoena Processing

Sworn to before me this 26 day of February, 20 19.

_____
Notary Public

2-23-26
Commission Expires

TREENA E. GILMAN
Marion County
My Commission Expires
February 23, 2026

SD_SwornDocumentExecution_000175440101
SB1005331-F1

## AFFIDAVIT

### Case No. : 2019R00019, R19LAER0211

Hannah M Whisler, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist II and Custodian of Records for Chase Bank USA, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 2/26/19

By: *[signature]* Hannah M Whisler
Hannah M Whisler
Doc Review Sr Specialist II
National Subpoena Processing

Sworn to before me this 26 day of February, 2019.

*[signature]* Treena C Gilman
Notary Public

2-23-26
Commission Expires

TREENA E. GILMAN
Marion County
My Commission Expires
February 23, 2026

SD_SwornDocumentExecution_000175450096
SB1005331-F1

# AFFIDAVIT

### Case No. : 2019R00019, R19LAER0211

Hannah M Whisler, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist II and Custodian of Records for J.P. Morgan Securities LLC (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 2/26/19

By: *Hannah M Whisler* (signature)
Hannah M Whisler
Doc Review Sr Specialist II
National Subpoena Processing

Sworn to before me this 26 day of February, 2019.

*Treena C Gilman* (signature)
Notary Public

2-23-26
Commission Expires

TREENA E. GILMAN
Marion County
My Commission Expires
February 23, 2026

SD_SwornDocumentExecution_000175400080
SB1005331-F1