STATE OF MISSISSIPPI

COUNTY OF HARRISON

## AFFIDAVIT
## OF CUSTODIAN OF RECORDS

**Customer Name as described in Subpoena;**

Ernestine Trahan et al

Case No. _____

DOL# <u>2019-11278</u>

PERSONALLY CAME AND APPEARED before me, notary public in and for the aforesaid county/parish and state, <u>Josh Brashear/Legal Specialist</u> (name/title) and states as follows:

1. That the Affiant is a duly authorized custodian of the records of the <u>Deposit Services Department</u>, Hancock Whitney Bank and has authority to certify the records of said Bank.

2. That the copies of the records provided with this Affidavit are true and correct copies of the original records, kept in the ordinary course of business, represented thereby.

3. That the records being supplied herewith were prepared by, and/or under the direction of the undersigned by authorized officers of Bank.

4. That the reasonable charges of Hancock Whitney Bank for furnishing such copies of the records are $132.00.

_____
Affiant's Signature

SWORN TO AND SUBSCRIBED BEFORE ME on this the <u>4th</u> day of <u>April</u>, 2019.

_____
Notary Public

My Commission Expires

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 106946, BRIANNA WEST, Commission Expires 12/10/2021, HARRISON COUNTY]

Rev. JAN 2017