State of Ohio
County of Franklin

## AFFIDAVIT

Before me, the undersigned authority, personally appeared Brandon Adkins, who, being by me duly sworn, deposed as follows:

My name is Brandon Adkins, I am of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated.

I am a Custodian of the Records of BMW Financial Services NA, LLC (BMW FS). Attached hereto are ___72___ pages of records from BMW FS. It is in the regular course of business of BMW FS for an employee or representative of BMW FS with knowledge of the act, event, condition, or opinion recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, or opinion. The records attached hereto are the originals or exact duplicates of the originals.

_____
Affiant

Brandon Adkins – Custodian of Records

IN WITNESS WHEREOF, I have hereunto subscribed by name and affixed my official seal this ___4th___ day of ___March___, 2019.

_Sabrina Morrell_
Notary Public

SABRINA MORRELL
Notary Public, State of Ohio
My Commission Expires 10-28-2022