# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-2 |
| v. | * | SECTION: "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |

\* \* \*

## GOVERNMENT'S MOTION IN LIMINE TO PRECULDE IRRELEVANT AND IMPROPER EVIDENCE AND ARGUMENTS

**NOW INTO COURT** comes the United States of America, by undersigned counsel, and respectfully moves the Court for an order precluding Defendant from introducing certain categories of irrelevant evidence and argument at trial. Specifically, the United States seeks to preclude Defendant from: (1) introducing any evidence or argument concerning the fact that Defendant was prosecuted criminally rather than subjected to civil audit or collection activities by the IRS; (2) introducing any evidence or argument concerning the potential adverse consequences Defendant faces upon conviction, and (3) advancing any argument at trial concerning selective prosecution. The subjects are irrelevant to the issues to be decided by the jury and instead would be designed to introduce jury nullification.

Wherefore, the United States respectfully requests that the Court grant the United States' motion *in limine* to exclude improper evidence and arguments at trial.

        Respectfully submitted,

        DUANE A. EVANS
        United States Attorney

        */s/ Brian Flanagan*
        BRIAN E. FLANAGAN
        Trial Attorney, Tax Division
        150 M. Street NE, Suite 1405
        Washington, D.C., 20002
        Telephone: 202-616-3362
        Email: brian.e.flanagan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        */s/ Brian Flanagan*
        BRIAN E. FLANAGAN
        Trial Attorney, Tax Division