**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-2** |
| **v.** | * | **SECTION: "G"** |
| **ERNESTINE ANDERSON-TRAHAN** | * | |

*   *   *

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the Government will submit its Motion to Preclude Irrelevant and Proper Evidence and Arguments for hearing before the Honorable Chief Judge Nannette Jolivette Brown on October 27, 2022, at 10:00 a.m. Alternatively, if the Court finds that a hearing is not necessary, the Government is prepared to discuss the Motion at the pre-trial conference scheduled for November 3, 2022.

    Respectfully submitted,

    DUANE A. EVANS
    United States Attorney

    */s/ Brian Flanagan*
    BRIAN E. FLANAGAN
    Trial Attorney, Tax Division
    150 M. Street NE, Suite 1405
    Washington, D.C., 20002
    Telephone: 202-616-3362
    Email: brian.e.flanagan@usdoj.gov