UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-2** |
| **v.** | * | **SECTION: "G"** |
| **ERNESTINE ANDERSON-TRAHAN** | * | |
| | * * * | |

**O R D E R**

Considering the foregoing Motion to Preclude Irrelevant and Improper Evidence and Arguments;

**IT IS ORDERED** that the parties are precluded from presenting evidence to and making argument before the jury regarding:

(1) the fact that the Defendant was prosecuted criminally rather than subjected to civil audit or collection activities by the IRS;

(2) the potential adverse consequences Defendant faces upon conviction; and

(3) selective prosecution.

New Orleans, Louisiana, this _____ day of October, 2022.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT