UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-2 |
| v. | * | SECTION: "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |

\* \* \*

**O R D E R**

Considering the foregoing Motion for Leave to File under Seal an *Ex Parte* Motion for Disclosure of Returns and Return Information and Supporting Memorandum;

**IT IS ORDERED** that the United States is authorized to file its Motion for Disclosure of Returns and Return Information and Supporting Memorandum *ex parte* and under seal.

New Orleans, Louisiana, this __12th__ day of October, 2022.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT