**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-2** |
| **v.** | * | **SECTION: "G"** |
| **ERNESTINE ANDERSON-TRAHAN** | * | |
| | * * * | |

**GOVERNMENT'S PROPOSED JURY INSTRUCTIONS**

Pursuant to Federal Rule of Criminal Procedure 30 and this Court's June 2, 2022, Scheduling Order, the United States respectfully requests that the Court give the following jury instructions.

The United States requests that the Court primarily rely upon the Pattern Instructions from Fifth Circuit Criminal Instructions (2019) and proposes the following instructions:

1. § 1.01 Preliminary Instructions
2. § 1.02 Note Taking Instructions
3. § 1.03 Introduction to Final Instructions
4. § 1.04 Duty to Follow Instructions
5. § 1.05 Presumption of Innocence, Burden of Proof, Reasonable Doubt
6. § 1.06 Evidence – Excluding What Is Not Evidence
7. § 1.08 Evidence – Inferences – Direct and Circumstantial
8. § 1.09 Credibility of Witnesses
9. § 1.10 Character Evidence (if applicable)
10. § 1.11 Impeachment by Prior Inconsistencies (if applicable)
11. § 1.19 On or About
12. § 1.21 Caution – Consider Only Crime Charged
13. § 1.22 Cation – Punishment
14. § 1.23 Single Defendant – Multiple Counts
15. § 1.26 Duty to Deliberate
16. § 1.27 Unanimity of Theory
17. § 1.32 Similar Acts
18. § 1.40 Materiality
19. § 1.42 Deliberate Ignorance
20. § 1.50 Summary and Charts Not Received in Evidence

21.     § 1.51 Summaries and Charts Received in Evidence Pursuant to Federal Rule of
Evidence 1006

22.     § 1.52 Summary Witness Testimony and Charts Based on Other Evidence

Counts 1 to 4 charge the Defendant with filing a false tax return, in violation of 26 U.S.C.
§ 7206(1).  The Fifth Circuit does have a pattern jury instruction for this offense, and the United
States based its proposed instruction on the pattern jury instruction with certain modifications,
including the additional clause regarding an electronic signature.  The United States also proposes
a willfulness instruction that is modified from the pattern jury instruction.

<u>GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. 1</u>
**INSTRUCTIONS FOR COUNTS ONE THROUGH FOUR:**
**26 U.S.C. § 7206(1) FILING A FALSE INCOME TAX RETURN**

Counts One through Four of the Superseding Indictment charge the defendant with filing
false tax returns for the calendar years 2013 through 2016, in violation of Title 26, United States
Code Section 7206(1).  Count One charges that the defendant filed a false 2013 tax return by failing
to disclose gross receipts from legal fees and underreporting her gross receipts from officiating
weddings.  Count Two charges that the defendant filed a false 2014 tax return by failing to disclose
gross receipts from legal fees and underreporting her gross receipts from officiating weddings.
Count Three charges that the defendant filed a false 2015 tax return by underreporting her gross
receipts from legal fees and from officiating weddings.  Count Four charges that the defendant
filed a false 2016 tax return by underreporting her gross receipts from officiating weddings.  The
Government has charged the defendant with a separate count for each year.

Title 26, United States Code, Section 7206(1), makes it a crime for anyone willfully to
make a false material statement on an income tax return.

For you to find the defendant guilty of this crime, you must be convinced that the
government has proved each of the following beyond a reasonable doubt:

2

*First:* That the defendant signed or authorized the signing of an income tax return that contained a written declaration that it was made under penalties of perjury;

*Second:* That in the return the defendant falsely underreported her gross receipts;

*Third:* That the defendant knew the statement was false;

*Fourth:* That the false statement was material; and

*Fifth:* That the defendant made the statement willfully, that is, with intent to violate a known legal duty.

A statement is "material" if it has a natural tendency to influence, or is capable of influencing, the Internal Revenue Service in investigating or auditing a tax return or in verifying or monitoring the reporting of income by a taxpayer.

The fact that an individual's name is signed, including digital signature, to a return, statement, or other document shall be prima facie evidence for all purposes that the return, statement, or other document was actually signed by her.

An electronic signature has the same effect as an actual signature for this offense.

Pattern Crim. Jury Instr. 5th Cir. 2.104A (2019)

26 U.S.C. § 6061(b)(2) (authorizing electronic signatures)

*United States v. Ponder*, 444 F.2d 816, 822 (5th Cir. 1971) (affirming conviction in which the defendant did not sign the return, but authorized its signing)

## GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. 2
### WILLFULLY – TO ACT

The word "willfully" means the voluntary, intentional violation of a known legal duty.  To prove that a defendant acted willfully, the Government must prove that the law imposed a duty on the defendant, that the defendant knew of this duty, and that she voluntarily and intentionally violated that duty.  If the Government proves actual knowledge of the pertinent legal duty, then the Government has satisfied the knowledge component of the willfulness requirement.

A person's conduct is not "willful" if she acted through negligence, even gross negligence, inadvertence, or justifiable excuse or mistake.

Pattern Crim. Jury Instr. 5th Cir. 1.43 (2019)

*Cheek v. United States*, 111 S. Ct. 604 (1991); *United States v. Masat*¸ 948 F.2d 923, 931–32 (5th Cir. 1991); *United States v. Simkanin*, 420 F.3d 397, 409–410 (5th Cir. 2005)

Leave is requested to submit additional proposed instructions as they become necessary during the course of trial.

Respectfully submitted,

DUANE A. EVANS
United States Attorney


*/s/ Brian Flanagan*
BRIAN E. FLANAGAN
Trial Attorney, Tax Division
150 M. Street NE, Suite 1405
Washington, D.C., 20002
Telephone: 202-616-3362
Email: brian.e.flanagan@usdoj.gov

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Brian Flanagan
BRIAN E. FLANAGAN
Trial Attorney, Tax Division