# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-2** |
| v. | * | SECTION: "G" |
| **ERNESTINE ANDERSON-TRAHAN** | * | |
| | * * * | |

## GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

The United States of America respectfully requests that the Court ask the following questions during voir dire in this case.[1]

**Requested Voir Dire Question No. 1.**

Do you know or have you ever heard of the defendant in this case, Ernestine Anderson-Trahan?

**Requested Voir Dire Question No. 2.**

Have you read or heard anything relating to this case from any source, including any news reports or media coverage relating to Judge Trahan or any of the city court judges in New Orleans Parish?

**Requested Voir Dire Question No. 3.**

Do you know or have you ever heard of the prosecuting attorneys in this case: Brian Flanagan, Marissa Brodney, and Michael Boteler?

**Requested Voir Dire Question No. 4.**

Do you know or have you ever heard of the Judge Trahan's attorneys, Michael Magner and

---

[1] The United States does not request to conduct lawyer voir dire.

1

Thomas "T.C." Wicker IV?

**<u>Requested Voir Dire Question No. 5.</u>**

Do you know or have you ever heard of the following people who may or may not be called as witnesses in this case: [read United States' Anticipated Witness List]?

**<u>Requested Voir Dire Question No. 6.</u>**

Have you, any of your family members, or any of your close friends ever been employed by Second City Court in the Parish of Orleans?

**<u>Requested Voir Dire Question No. 7.</u>**

Since 2013, have you, any of your family members, or any of your close friends ever had a case or marriage before the Second City Court in the Parish of Orleans?

**<u>Requested Voir Dire Question No. 8.</u>**

Do you, any of your family members, or any of your close friends possess any specialized training or education in accounting, law, tax, or a related field?

**<u>Requested Voir Dire Question No. 9.</u>**

Do you possess any specialized training or education in tax preparation?

**<u>Requested Voir Dire Question No. 10.</u>**

This case was investigated jointly by special agents of Federal Bureau of Investigation (FBI) and Internal Revenue Service, Criminal Investigation (IRS-CI). Do you know individuals who work as special agents for FBI or IRS-CI?

>    If so, would your dealings or your relationship with those individuals affect your impartiality in this case?

**Requested Voir Dire Question No. 11.**

Have you, any of your family members, or any of your close friends ever been an employee of the IRS, FBI, United States Department of Justice or United States Attorney's Office in any capacity?

**Requested Voir Dire Question No. 12.**

Have you, any of your family members, or any of your close friends ever been audited by the IRS? If so:

> How long ago was the audit or collection effort?
>
> How was the audit (or collection effort) resolved?
>
> Was the matter resolved to your (or their) satisfaction?
>
> Were you (or they) treated fairly by the government?
>
> Would your feelings prevent you from listening to the government's case impartially and rendering a verdict according to the evidence?

**Requested Voir Dire Question No. 13.**

Do you, any of your family members, or any of your close friends believe that the federal income tax system is unconstitutional, unfair, or otherwise need not be complied with?

**Requested Voir Dire Question No. 14.**

Do any of you feel that violations of income tax laws should not be prosecuted by the United States as crimes?

**Requested Voir Dire Question No. 15.**

Do you, any of your family members, or any of your close friends belong to any organization engaged in any form of tax defiance or protest (e.g. We the People Foundation, Save-a-Patriot Fellowship, Freedom Above Fortune, et cetera)?

**Requested Voir Dire Question No. 16.**

Do you have any feelings or opinions about the IRS that would affect your ability to be fair and impartial to either the defendant or the government?

**Requested Voir Dire Question No. 17.**

Have you, any of your relatives or close friends ever been accused of a crime, been the victim of a crime, or a witness to a crime? If so:

> What type of crime and when did it occur?
>
> What was your involvement (or that of your relative or close friend)?
>
> Was the crime prosecuted?
>
> Did you (or your relative or close friend) testify in court?
>
> Was there anything about that experience that would impact your ability to be fair and impartial to either the defendant or the government?

**Requested Voir Dire Question No. 18.**

Have you ever served as a juror in a civil or criminal case? If so:

> Did you serve as the foreperson of the jury?
>
> Was the jury able to reach a unanimous verdict in that case?

**Requested Voir Dire Question No. 19.**

Do you have any physical or mental limitation affecting your hearing, sight, alertness, attention, or similar function that would prevent you from giving your full attention to the evidence during this trial?

**Requested Voir Dire Question No. 20.**

In federal court, the jury determines the guilt or innocence of the defendant based on the evidence heard at trial. Should the jury return a verdict of guilty, the Court will decide the punishment. In federal court, punishment is a matter strictly for the court and is not to be considered by the jury in any way in arriving at a verdict.

Will you be unable to reach a verdict because you are not allowed to also consider the punishment?

**Requested Voir Dire Question No. 21.**

Do you hold any religious or philosophical beliefs that would make it difficult or impossible to return a verdict of guilty against a person charged with a crime, regardless of the circumstances?

**Requested Voir Dire Question No. 22.**

Is there anything about you, other than what has already been disclosed, that, if you were selecting a jury, you would want to know about before picking the members of that jury?

Respectfully submitted,

DUANE A. EVANS
United States Attorney

*/s/ Brian Flanagan*
BRIAN E. FLANAGAN
Trial Attorney, Tax Division
150 M. Street NE, Suite 1405
Washington, D.C., 20002
Telephone: 202-616-3362
Email: brian.e.flanagan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brian Flanagan*
BRIAN E. FLANAGAN
Trial Attorney, Tax Division