## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

### UNOPPOSED MOTION TO CONTINUE DEADLINE TO OBJECT TO EXHIBITS

NOW INTO COURT comes Defendant Ernestine Anderson-Trahan to respectfully request a one-week continuance for the deadline to object to exhibits and the following deadline for responses thereto. Ms. Anderson-Trahan consulted with the government regarding this motion, and the government does not oppose this request.

Ms. Anderson-Trahan remains in the process of finalizing her exhibit list and has been unable to turn it over to the government at this point. Specifically, counsel for Ms. Anderson-Trahan is actively working to get certifications to medical records that she intends to introduce as exhibits at trial, but counsel has encountered delay. Moreover, a brief continuance will allow the parties additional time to confer on the small number of anticipated objections to minimize those presented to the Court. Last, considering the period between the requested modified deadline and the deadline for joint bench book, granting this request will not interrupt the rest of the Court's schedule.

WHEREFORE Defendant Ernestine Anderson-Trahan prays that the Court grant her motion and continue the deadline for short memoranda supporting objections to exhibits to Friday, October 21, 2022, at 4:30 p.m., and the deadline for responses thereto to Friday, October 28, 2022, at 4:30 p.m.

#100710755v1

Respectfully submitted,

*/s/ Michael W. Magner*
Michael W. Magner (01206)
Thomas C. Wicker, IV (37955)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
(504) 582-8316
(504)582-8150
mmagner@joneswalker.com
twicker@joneswalker.com

*Counsel for Defendant, Ernestine Anderson-Trahan*

**CERTIFICATE OF SERVICE**

I certify that on October 13, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

*/s/ Michael W. Magner*

#100710755v1