UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

## ORDER

Considering the Unopposed Motion to Continue Deadline to Object to Exhibits filed on behalf of Defendant Ernestine Anderson-Trahan,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that the deadline for short memoranda supporting objections to exhibits is continued to Friday, October 21, 2022, at 4:30 p.m., and

**IT IS FURTHER ORDERED** that the deadline for responses to the short memoranda supporting objections to exhibits is continued to Friday, October 28, 2022, at 4:30 p.m

New Orleans, Louisiana this ___ day of _____, 2021.

_____
THE HONORABLE NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT CHIEF JUDGE

#100711515v1