UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

### MOTION TO STRIKE SURPLUSAGE

NOW INTO COURT comes Defendant Ernestine Anderson-Trahan to respectfully request that the Court strike the language "among other false items" as surplusage from the Superseding Indictment's four counts.

Before listing its substantive allegations of Ms. Anderson-Trahan's alleged false statements, the government includes the broad "among other false items" to color its allegations. This language serves no useful purpose and prejudicially suggests to the jury that Ms. Anderson-Trahan has committed additional false statements beyond those already alleged in the Superseding Indictment. To the extent that this issue may touch on the government's notice of intent to introduce 404(b) evidence, Ms. Anderson-Trahan will oppose that notice separately.

WHEREFORE Defendant Ernestine Anderson-Trahan prays that the Court grant her motion and strike the language "among other false items" from counts one through four of the government's Superseding Indictment. In the alternative, Defendant prays that the Court limits the government from alleging that Defendant Ernestine Anderson-Trahan submitted false statements on her tax returns beyond those specifically alleged in the Superseding Indictment.

Respectfully submitted,

*/s/ Michael W. Magner*
Michael W. Magner (01206)
Thomas C. Wicker, IV (37955)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
(504) 582-8316
(504)582-8150
mmagner@joneswalker.com
twicker@joneswalker.com

*Counsel for Defendant, Ernestine Anderson-Trahan*

**CERTIFICATE OF SERVICE**

I certify that on October 14, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

*/s/ Michael W. Magner*

#100709284v1