UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

**DEFENDANTS' NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Defendant Ernestine Anderson-Trahan will submit her Motion to Strike Surplusage before the Honorable Judge Nannette Jolivette Brown of the United States District Court for the Eastern District of Louisiana, on November 10, 2022 at 10:00 a.m.

Respectfully submitted,

*/s/ Michael W. Magner*
Michael W. Magner (01206)
Thomas C. Wicker, IV (37955)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
(504) 582-8316
(504)582-8150
mmagner@joneswalker.com
twicker@joneswalker.com
*Counsel for Defendant, Ernestine Anderson-Trahan*

**CERTIFICATE OF SERVICE**

I certify that on October 14, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

*/s/ Michael W. Magner*

#100712244v1