UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          CRIMINAL NO. 22-02

VERSUS                             SECTION "G"(1)

ERNESTINE ANDERSON-TRAHAN

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

Defendant Ernestine Anderson-Trahan respectfully requests that the Court ask the following questions during voir dire in this case.

1. What is your address?

2. What is your marital status?

3. If you are, were, or are about to be married, did you have a negative experience regarding the organization of your marriage ceremony?

4. What is your place of birth?

5. If you were not born in the state of Louisiana, what circumstances led to your becoming a resident of this state?

6. What is your education level including subject(s) studied and degrees earned?

7. What is your current occupation, employer, and job responsibilities?

8. What other occupation/employers have you had as an adult?

9. Have you read or heard anything relating to this case from any source?

10. Do you, or any of your family members, or any of your close friends possess any specialized training, experience, or education in accounting, bookkeeping, auditing, banking/finance, financial planning, business management, stock or securities analyst/trader/broker, tax preparation, small business ownership, small business management, small business employment, or a related field?

    a. What, if any, training or experience do you have in any of the above areas?

11. The defendant in this case is Ernestine Anderson-Trahan, who is a judge at Orleans Parish Second City Court? Have you read or heard anything about this individual or court?

12. Have you or a close family member ever had a negative experience at a city court in Orleans Parish?

    a. Would that experience affect your ability to be fair and impartial in this case?

13. Do you read publications that focus on business news, watch business shows on television, or listen to them on the radio or internet or podcast? If so, what do you read or watch or listen to?

14. Have you or anyone you know ever had a negative experience with the IRS?

15. Have you ever been involved with an audit, including an IRS audit or an audit by internal or external accountants, of financial records, for a company you worked for?

16. Have you ever been involved in an audit of your personal finances?

17. Do you know or have you heard of the prosecuting attorneys in this case: Brian Flanagan, Michael Boteler, or Marissa Brodney?

18. Do you know any members of this jury panel? If so, who and how?

19. This case was investigated by agents for the Internal Revenue Service. Do you know individuals who work as special agents for the IRS?

20. As stated above, this case involves events related to Orleans Parish Second City Court. Do you hold any strong personal feelings, philosophical beliefs, or have you had any experiences with any Orleans Parish government officials that would prevent you from being fair and impartial in this case?

21. During trial, you may hear evidence regarding government officials being paid in cash for work related to their position. Do you feel like hearing evidence of that kind would somehow prevent you from being fair and impartial in this case?

22. Have you, any of your family members, or any of your close friends ever been an employee of the IRS in any capacity?

23. Have you, any of your family members, or any of your close friends ever had any business at Orleans Parish Second City Court? If so, please explain. (You may ask to approach the bench if that would be more comfortable.) Do you feel this will prevent you from being fair and impartial in this case?

24. Do you hold any strong personal feelings or beliefs about the tax system?

25. Have you ever suffered from a chronic illness or disease? (If you would prefer to discuss in private, you may ask to approach the bench)

#100711871v1

26. Have you ever been the primary caretaker for another person who was suffering from a chronic illness or disease?

27. Have you ever appeared as a witness in a criminal trial?

    a. Was there anything about your experience as a witness that would prevent you from being fair and impartial in this case?

28. Have you ever served as a juror in a civil or criminal case?

    a. Did you serve as the foreman of the jury?

    b. Was the jury able to reach a unanimous verdict in that case?

29. Do you have any physical or mental limitation affecting your hearing, sight, alertness, attention, or similar function that would prevent you from giving your full attention to the evidence during trial?

30. Do you have any problem with the legal proposition that the prosecutor must prove that a defendant is guilty beyond a reasonable doubt, or he or she must be found not guilty?

31. Do you have any problem with the legal proposition that a defendant must be presumed innocent unless and until the prosecution can prove he or she is guilty?

32. Under the law, every defendant has the constitutional right to not testify in his or her own defense. If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision as to whether the defendant is guilty or not guilty. If a defendant does not testify, would you be able to find him or her not guilty if the prosecution does not prove its case?

    a. Would you hold it against the defendant if he or she does not testify?

33. Have you or anyone you know ever worked in any of the following agencies or departments: U.S. Attorney's Office, District Attorney's or Prosecutor's Office, U.S. Department of Justice, Courts/Judicial System, FBI, Police Department or Sheriff's Office, State Department of Revenue, or the IRS?

34. Do you have any difficulty presuming that Ernestine Anderson-Trahan is innocent right now?

35. Is there anything about you, other than what has already been disclosed, that, if you were selecting a jury, you would want to know about before picking the members of that jury?

Respectfully submitted,

*/s/ Michael W. Magner*
Michael W. Magner (01206)
Thomas C. Wicker, IV (37955)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
(504) 582-8316
(504)582-8150
mmagner@joneswalker.com
twicker@joneswalker.com

*Counsel for Defendant, Ernestine Anderson-Trahan*

## CERTIFICATE OF SERVICE

     I certify that on October 14, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

*/s/ Michael W. Magner*

#100711871v1