UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-2** |
| v. | * | SECTION: "G" |
| **ERNESTINE ANDERSON-TRAHAN** | * | |
| | * * * | |

## GOVERNMENT'S UNOPPOSED MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE TRIAL EXHIBITS UNDER SEAL

**NOW INTO COURT** comes the United States of America, by undersigned counsel, and respectfully moves this Court for leave to file trial exhibits under seal.

The United States has identified multiple exhibits it intends to offer at trial that contain the personal identifiable information (PII) of Defendant and others. These exhibits include (1) the marriage certificates that Defendant officiated, in exchange for a fee, (2) Defendant's tax returns and related tax materials, and (3) Defendant's bank records and the payment records of other attorneys who paid Defendant pursuant to fee-sharing agreements.

Likewise, the Defense has informed the United States that they also have identified exhibits they intend to offer that contain the PII and Health Insurance Portability and Accountability Act (HIPAA) of Defendant and others. These exhibits include (1) Defendant's medical records and (2) Defendant's mother's medical records.

Redacting these exhibits would not only be cumbersome but would also potentially distract the witnesses and the jurors from the contents of the exhibits. In lieu of redacting these exhibits, the United States requests leave to file these exhibits under seal, and requests that Defense be authorized to do the same.

The Court has supervisory authority over its records and has discretion to seal its records.

*United States v. Holy Land Found. For Relief & Dev.*, 624 F.3d 685, 689 (5th Cir. 2010). Even considering the First Amendment right of public access to criminal proceedings, the Court may seal portions of a criminal proceeding in order to advance an overriding interest so long as the sealing is narrowly tailored to serve that interest. *Press-Enterprise Co. v. Superior Court of California*, 464 U.S. 501, 510 (1984).

The overriding interest in protecting the PII and HIPAA information of Defendant and others justifies the sealing of records. The request is narrowly tailored to seal only those records that contain PII and HIPAA information and redacting the voluminous PII and HIPAA information may distract the jury from the contents of the records themselves.

The United States has consulted with Defense. Defense has stated they have no objection to the granting of this Motion.

**WHEREFORE**, the United States respectfully requests leave to file these exhibits under seal, and requests that Defense be authorized to do the same.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ Brian Flanagan*
BRIAN E. FLANAGAN
Trial Attorney, Tax Division
New York Bar Number: 5191911
150 M. Street NE, Suite 1405
Washington, D.C., 20002
Telephone: 202-616-3362
Email: brian.e.flanagan@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 14, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

              */s/ Brian Flanagan*
              BRIAN E. FLANAGAN
              Trial Attorney, Tax Division