UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  22-2 |
| v. | * | SECTION:    "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |
| | * * * | |

# O R D E R

Considering the foregoing Motion and Incorporated Memorandum For Leave to File Trial Exhibits Under Seal, the Court **FINDS:**

The following categories of records contain personal identifiable information (PII) and Health Insurance Portability and Accountability Act (HIPAA) information of Defendant and others, and sealing the records serves the overriding interest of limiting the public dissemination of those records:

(1) the marriage certificates that Defendant officiated;

(2) the Defendant's tax returns and related tax materials;

(3) the Defendant's bank records and the payment records of other attorneys who paid the Defendant pursuant to fee-sharing agreements; and

(4) the Defendant's and the Defendant's mother's medical records.

**IT IS ORDERED** that the United States and the Defense are permitted to file exhibits containing such records under seal.

In order to ensure this Order is narrowly tailored, the parties must identify those exhibits they seek to file under seal at the time the parties submit the joint bench book, by Thursday, November 10, 2022, at 12:00 noon.

New Orleans, Louisiana, this _____ day of October, 2022.

                                                  _____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT