**CONFIDENTIAL**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**CHIEF JUDGE NANNETTE JOLIVETTE BROWN**

**UNITED STATES OF AMERICA**                    **CRIMINAL NO. 22-02**

**VERSUS**                                                      **SECTION "G"(1)**

**ERNESTINE ANDERSON-TRAHAN**

## JUROR QUESTIONNAIRE

As a prospective juror in this case, you are being asked to fill out a questionnaire reflecting your personal attitudes and experience. We ask that you complete this questionnaire to inform us of your present situation and the perspectives you bring to court at this time. The questions are asked not to invade your privacy, but to make sure that you can be a fair and impartial juror *in this particular case.* If there is any reason why you might not be able to listen openly to both the prosecution and the defense, you must say so.

The questionnaires will be viewed only by the judge, court personnel, and the legal teams for the prosecution and defense. At no time will they be made available to the media or the public.

There are no right or wrong answers, only complete and honest answers. Please respond to *each* question as honestly and completely as you can, based on your best understanding of the questions. Do not leave any questions blank. If a particular question does not apply to you, write "N/A" in the space provided for the answer. If you have a question you don't want to answer for personal reasons, write "PRIVATE." Upon completion of the questionnaire, you are required to sign and date the Juror's Oath. Your answers will have the effect of a statement given to the Court under oath.

You should not discuss this case or the questionnaire with anyone, including your family and fellow jurors. Your answers must be your own. If you need more space to respond or wish to make further comments about any of your answers, please use the space at the back of the questionnaire. Thank you for your patience and honesty.

#100711768v1

## JUROR QUESTIONNAIRE        Juror # _____

1.     Name First _____   Last _____

       Are you: ☐ Male  ☐ Female        Age: _____

2.     What parish do you live in? _____ Zip code? _____

3.     How long have you lived in Louisiana? _____

       Since: (list year) _____

4.     What other states or foreign countries have you lived in during the past 20 years?

       _____

5.     How far did you go in school [if college, name the school(s), your major or program, and any degree(s) received]?

       _____

6.     Where do you work (If unemployed or retired, where did you last work)?

       _____

       A. How long have you worked there? _____

       B. What is your current position or title, and what are your job duties or responsibilities?

       _____

       _____

7.     What jobs have you held in the past? (List employers and job titles)

       _____

       _____

8.     Have you or your family ever owned a business? ☐ YES ☐ NO If YES, check all that apply and provide the type of business, whether it is still operating and, if not, when / why it closed.

       ☐ Self ☐ Spouse ☐ Other family (identify): _____

       Business Type and Status:

       _____

       _____

9.     Have you ever been responsible for hiring, firing, or supervising employees?

       ☐ YES  ☐ NO

10.    Have you ever been responsible for completing or submitting any of the following information or forms? Check all that apply: ☐ IRS 941, ☐ IRS 940, ☐ W2, ☐ I-9,

#100711768v1

☐ E-verify information, ☐ Workers Compensation Payroll Reports

**11.**  What is your current relationship status? _____

If married or living with a partner, for how long? _____

How many times have you been married? _____

**12.**  Education of spouse/partner?

_____

**13.**  Please list the occupations and employers of all the adults in your household and your

adult children. (If unemployed or retired, where did this person(s) last work?)

_____

_____

_____

_____

_____

_____

**14.**  Have you, any family members, or any close friends ever worked for, applied for a job or

had any connection with any local, state, or federal government agency, including any

law enforcement agency?   ☐ YES ☐ NO If YES, who, what agency, and what was this

person's job?

_____

_____

_____

**15.**  Have you, any family members, or any close friends ever served as an elected official?

☐ YES    ☐ NO    If YES, who, when, and what office?

_____

_____

**16.**  Some of the witnesses in this case will be federal agents or other law enforcement officials.

Would you be inclined to believe their testimony ☐ more than, ☐ the same or ☐ less than

the testimony of an ordinary citizen?   Why?

_____

_____

_____

17.     Have you, any family members, or any close friends ever provided a statement to law enforcement as a witness, victim, or suspect? ❏ YES   ❏ NO   If YES, please explain:

_____

_____

_____

18.     Have you ever served in the military? ❏ YES   ❏ NO   If YES, please tell us branch, dates of service, and highest rank attained:

_____

_____

19.     Have you or anyone in your family ever worked for a lawyer or law firm? ❏ YES   ❏ NO If YES, who worked for a lawyer or law firm, when, and what was this person's job?

_____

_____

_____

20.     Do you know on a personal or professional basis any prosecuting attorney(s), criminal defense attorney(s), or judge(s)?   ❏ YES   ❏ NO
        If YES, whom do you know and how do you know this person?

_____

_____

21.     Do you know anyone who works for the United States Department of Justice, or any of its components, such as any United States Attorney's Office?   ❏ YES   ❏ NO
        If YES, whom do you know, where does this person work, and how do you know this person?

_____

_____

_____

22.     Have you, any family members or friends ever had a bad experience with any local, state, or federal agency, including law enforcement agency? ❏ YES   ❏ NO
        If YES, please explain:

_____

_____

_____

23.     Please CIRCLE THE NUMBER that best reflects your general opinion of the following:

Prosecutors        0    1    2    3    4    5    6    7    8    9    10
       Very Negative                    Neutral              Very Positive

Criminal Defense Lawyers 0    1    2    3    4    5    6    7    8    9    10
       Very Negative                    Neutral              Very Positive

24.     From which source do you get the majority of your local news?
        ❑ Newspaper   ❑ Magazines   ❑ Radio   ❑ Television   ❑ Internet   ❑ Friends or family
        ❑ Other

25.     The Defendant in this case, Ernestine Anderson-Trahan, works as a judge for Orleans
        Parish Second City Court. Please tell us what you remember reading, hearing or seeing
        about Ms. Anderson Trahan:_____

        _____

        _____

26.     How many times have you seen, read, or heard something about Ms. Anderson-Trahan?
        ❑ None   ❑ 1 - 10 times   ❑ 10 - 25 times   ❑ 25 - 100 times   ❑ More than 100 times

27.     Ms. Anderson-Trahan has pleaded not guilty to these charges and is therefore presumed
        innocent unless and until proven guilty. Have you formed any opinions about Ms.
        Anderson-Trahan that would prevent you from being a fair and impartial juror in this case?
        ❑ YES    ❑ NO    If YES, please tell us about that:

        _____

        _____

        _____

28.     Do you feel that the Government's investigation and prosecution of the tax laws are too
        lax, too strict, or just about right?   ❑ TOO LAX    ❑ TOO STRICT       ❑ JUST
        ABOUT RIGHT
        Please explain:

        _____

        _____

        _____

#100711768v1

**Confidential Juror Questionnaire**

**29.**    Have you, or has any member of your family or close friend or relative, ever been audited by the Internal Revenue Service?   ❑ YES    ❑ NO

**30.**    Have you, or any members of your family, ever been employed by the Internal Revenue Service?          ❑ YES    ❑ NO

A. If yes, for each person (yourself or family member) please indicate the period of time employed, if known, and a general description of the job duties.

_____

_____

B. If yes, would the employment that you described in the previous question prevent or hinder you in any way from rendering a fair and impartial verdict in this case based solely on the evidence presented and the Court's instructions on the law?

_____

_____

**31.**    Have you, or any members of your immediate family, ever been employed as an auditor, mortgage officer, tax preparer, or accountant? ❑ YES      ❑ NO

A. If yes, for each person (yourself or family member) please indicate the period of time employed, if known, and a general description of the job duties:

_____

_____

B. If yes, would the employment that you described in the previous question prevent or hinder you in any way from rendering a fair and impartial verdict in this case based solely on the evidence presented and the Court's instructions on the law?

_____

_____

**32.**    Do you know anyone who you believe was falsely accused of a crime?   ❑ YES ❑ NO

If YES, please explain:

_____

_____

_____

**33.** How many times have you been a juror in a:

❏ Criminal case ___times   ❏ Civil case___times   ❏ Grand Jury___times   ❏ Never served

What type(s) of criminal case(s)?

_____

_____

_____

What was the jury's verdict(s) (Not your personal verdict)?

_____

_____

Were you the foreperson?   ❏ YES   ❏ NO

**34.** Other than a divorce, have you ever been a plaintiff (the party suing), a defendant (the party being sued), or a witness in a civil case? ❏ YES   ❏ NO   If YES, please tell us about that:

_____

_____

_____

**35.** Have you ever given a sworn statement or testified in any type of proceeding? ❏ YES ❏ NO   If YES, please tell us about that:

_____

_____

_____

**36.** How many hours do you spend each week watching television?

_____

**37.** Please list your 3 favorite television shows:

(1)_____

(2)_____

(3) _____

**38.** What internet or social networking sites do you visit most often?

_____

_____

39.   Do you have a ☐ Twitter ☐ Facebook ☐ MySpace ☐ Google+ or ☐ Instagram account?

40.   Do you or have you participated in any chat rooms or comment forums or do you ever blog?   ☐ YES   ☐ NO   If YES, please tell us about that:

_____

_____

_____

41.   Please list the newspapers, magazines, professional journals, and/or publications to which you subscribe or read on a regular basis:

_____

_____

_____

42.   Please list any unions or civic, social, political, professional, and/or religious organizations to which you now belong or have belonged in the past 10 years:

_____

_____

_____

43.   Have you suffered from a chronic illness or disease over your lifetime? ☐ YES   ☐ NO If YES, please tell us about that:

_____

_____

44.   Have you been the primary caretaker for another person suffering from a chronic illness or disease over your lifetime?   ☐ YES   ☐ NO   If YES, please tell us about that:

_____

_____

45.   What do you enjoy doing in your spare time?

_____

_____

46.   Name the 3 people that you admire the *most*:

(1) _____

(2) _____  (3) _____

**47.**     Name the 3 people that you admire the *least*:

(1) _____

(2) _____     (3) _____ _____

What 3 words or adjectives would you use to describe yourself:

(1) _____

(2) _____     (3) _____ _____

**48.**     What is your political affiliation:

❏ Democrat   ❏ Green Party   ❏ Independent   ❏ Republican   ❏ Libertarian

❏ Tea Party   ❏ Other _____

**49.**     Have you ever changed your political affiliation?   ❏ YES   ❏ NO   If YES, when
and why did you switch your party affiliation?

_____

_____

**50.**     Which of the following best describes how active you are politically:

❏ Extremely Active   ❏ Active   ❏ Occasionally Involved   ❏ Rarely Involved   ❏ Not
Involved

**51.**     Are you:   ❏ Very Conservative   ❏ Conservative   ❏ Moderate   ❏ Liberal   ❏ Very
Liberal

**52.**     Have you ever had any bumper stickers on your vehicle? ❏ YES   ❏ NO

If YES, what was the saying(s) on the bumper sticker(s)?

_____

_____

**53.**     Do you have any religious, philosophical, moral, or other belief that might make it difficult
for you to be a fair and impartial juror in this case? ❏ YES   ❏ NO

If YES, please explain:

_____

_____

**54.**     Is there anything else that you feel is important for the parties in this case to know about
you?

_____

_____

**55.**   Is there any reason why you would be unwilling or unable to serve as a juror in this case?

❏ YES   ❏ NO   If YES, please explain:

_____

_____

_____

**56.**   Is there anything that you would like to discuss privately with the Judge and the attorneys?

❏ YES   ❏ NO If YES, please explain in

general:_____

_____

**57.**   Please refer to Attachment A, which lists the names of individuals and entities involved in prosecuting or defending this case. Circle any names or entities that you know or have some connection with, and specify how you know them or the connection.

**58.**   Please refer to Attachment B, which lists the names, places and entities that are likely to be referenced during the trial. Circle any names, places or entities that you know or have some connection with, and specify how you know them or the connection.

#100711768v1

JUROR OATH

I HEREBY STATE THAT ALL THE ANSWERS GIVEN IN THIS JUROR QUESTIONNAIRE ARE TRUE, CORRECT, AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

BECAUSE I AM A POTENTIAL JUROR IN THIS CASE, I AGREE NOT TO DO ANY RESEARCH, INVESTIGATION, READING OR LOOKING UP INFORMATION ON THE INTERNET THAT MAY RELATE TO THIS CASE. FURTHERMORE, I AGREE NOT TO DISCUSS ANY ASPECT OF THIS CASE OR SHARE ANY INFORMATION ABOUT THIS CASE WITH ANYONE UNLESS I AM INSTRUCTED TO DO SO BY THE JUDGE.

_____
Juror's Signature                              Date

EXPLANATION PAGE

| Question # | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Confidential Juror Questionnaire**