UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-2 |
| v. | * | SECTION: "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |

\* \* \*

## GOVERNMENT'S MOTION IN LIMINE TO PRECULDE MEDICAL RECORDS AND ARGUMENTS

**NOW INTO COURT** comes the United States of America, by undersigned counsel, and respectfully moves the Court for an order precluding Defendant's ability to introduce evidence and argument related to her medical condition and her mother's past medical conditions, including the voluminous medical records proposed by defense counsel. Defendant should not be permitted to introduce such evidence unless she establishes a foundation that the proffered evidence negated her willfulness in filing false tax returns, and alternatively, under Fed. R. Evid. 403, Defendant should not be permitted to admit the approximately three thousand pages of medical records for its probative value is substantially outweighed by its undue prejudicial impact.

1

Wherefore, the United States respectfully requests that the Court grant the United States's motion in limine to exclude improper evidence and arguments at trial.

>Respectfully submitted,
>
>DUANE A. EVANS
>United States Attorney
>
>*/s/ Brian Flanagan*
>BRIAN E. FLANAGAN
>Trial Attorney, Tax Division
>150 M. Street NE, Suite 1405
>Washington, D.C., 20002
>Telephone: 202-616-3362
>Email: brian.e.flanagan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>*/s/ Brian Flanagan*
>BRIAN E. FLANAGAN
>Trial Attorney, Tax Division