# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-2** |
| v. | * | SECTION: "G" |
| **ERNESTINE ANDERSON-TRAHAN** | * | |
| | * * * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Government will submit its Motion in Limine To Preclude Medical Records and Arguments for hearing before the Honorable Chief Judge Nannette Jolivette Brown on November 10, 2022, at 10:00 a.m.  Alternatively, if the Court finds that a hearing is not necessary, the Government is prepared to discuss the Motion at the pre-trial conference scheduled for November 3, 2022.

Respectfully submitted,

DUANE A. EVANS
United States Attorney

*/s/ Brian Flanagan*
BRIAN E. FLANAGAN
Trial Attorney, Tax Division
150 M. Street NE, Suite 1405
Washington, D.C., 20002
Telephone: 202-616-3362
Email: brian.e.flanagan@usdoj.gov

1