UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          CRIMINAL NO. 22-02

VERSUS                            SECTION "G"(1)

ERNESTINE ANDERSON-TRAHAN

### OBJECTIONS TO EXHIBITS

NOW INTO COURT comes Defendant Ernestine Anderson-Trahan to file her short memoranda supporting objections to exhibits per the Court's Scheduling Order.

**Objection to Exhibit 14**

Ms. Anderson-Trahan objects to government proposed exhibit 14 as irrelevant, unduly prejudicial, and leading to jury confusion. 26 U.S.C. § 7206(1), the charged statute, has nothing to do with Ms. Anderson-Trahan's status as a city court judge. Introducing a judiciary ethics presentation to the jury may cause the jury to believe that Ms. Anderson-Trahan is held, or should be held, to a higher standard under criminal tax laws as a city court judge. This is false. It may also cause the jury to believe that Ms. Anderson-Trahan should be separately convicted for being paid in cash for a role allegedly associated with her employment as a public official. This is also false. And it has no bearing on a criminal tax case. In short, judiciary ethics standards are irrelevant to this case. To the extent that there are ethical ramifications for tax issues or wedding payments, there is a separate Judiciary Commission proceeding for those issues. And considering that this issue is related to the government's 404(b) notice via the Judiciary Commission of Louisiana, Ms. Anderson-Trahan will more fully brief this issue in her opposition to the government's notice.

#100712119v1

**Objections to Exhibits 36, 40, and 72**

Ms. Anderson-Trahan objects to government proposed exhibits 36, 40, and 72 as irrelevant and unduly prejudicial. These exhibits all demonstrate that Ms. Anderson-Trahan is subject to a separate Judiciary Commission proceeding. As above, this trial is not to resolve judiciary ethics questions, but one to determine guilt or innocence as to federal tax charges. Moreover, this issue will be more fully briefed in Ms. Anderson-Trahan's opposition to the government's 404(b) notice.

**Objection to Exhibit 55**

Ms. Anderson-Trahan objects to government proposed exhibit 55 as irrelevant and unduly prejudicial. An application for a BMW has no bearing on the charged tax crimes.

**Objection to Exhibit 56**

Ms. Anderson-Trahan objects to government proposed exhibit 56 as irrelevant and unduly prejudicial. The fact that Ms. Anderson-Trahan eventually successfully leased a BMW has no bearing on alleged tax crimes, and is similar to reviewing any other monthly payment that Ms. Anderson-Trahan made.

Respectfully submitted,

*/s/ Michael W. Magner*
Michael W. Magner (01206)
Thomas C. Wicker, IV (37955)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
(504) 582-8316
(504)582-8150
mmagner@joneswalker.com
twicker@joneswalker.com

*Counsel for Defendant, Ernestine Anderson-Trahan*

**CERTIFICATE OF SERVICE**

I certify that on October 14, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

*/s/ Michael W. Magner*

#100712119v1