UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA             CRIMINAL ACTION

VERSUS                               NUMBER 22-2

ERNESTINE ANDERSON-TRAHAN            SECTION  G

REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17 (a), (c) or (f) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS, DATA OR OTHER**

__10__ set(s) for Rule 17(a) trial or hearing scheduled on __11/14/22__
                                                            DATE OF TRIAL/ HEARING

_____ set(s) for Rule 17(c) to appear and produce documents, data, or other objects in court before trial or hearing_____
                                              DATE OF TRIAL/ HEARING

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS AT A COURT ORDERED DEPOSITION**

_____ set(s) for Rule 17(f) deposition scheduled on_____
                                                    DATE OF DEPOSITION

at _____
     PLACE OF DEPOSITION

_____
Michael W. Magner, (#1206)
Jones Walker, LLP
201 St. Charles Ave.
New Orleans, LA 70170
obo Ernestine Anderson-Trahan
Attorney's Signature, Bar Number, Address, and Party Represented