AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 2:22-cr-0002-NJB-JVM |
| Ernestine Anderson-Trahan | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDC Eastern District of LA. 500 Poydras St, New Orleans, LA 70130 | Courtroom No.: | C227 |
|---|---|---|---|
|  |  | Date and Time: | 11/14/2022 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Ernestine Anderson-Trahan
_____ , who requests this subpoena, are:

Michael W. Magner, (#1206)
Thomas C. Wicker, IV (#37955)
Jones Walker, LLP
201 St. Charles Ave., Ste 5100
New Orleans, LA 70170-5100
Ph: 504-582-8316; Fax: 504-589-8316
mmagner@joneswalker.com; twicker@joneswalker.com

Case No.   2:22-cr-0002-NJB-JVM

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                           *Server's signature*

                                           _____
                                           *Printed name and title*

                                           _____
                                           *Server's address*

Additional information regarding attempted service, etc: