UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

Ernestine Anderson-Trahan

CRIMINAL ACTION

NUMBER  2:22-cr-0002-NJB-JVM

SECTION    G

REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17 (a), (c) or (f) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS, DATA OR OTHER**

_____ set(s) for Rule 17(a) trial or hearing scheduled on _____
                                                          DATE OF TRIAL/ HEARING

__7__ set(s) for Rule 17(c) to appear and produce documents, data, or other objects in court before trial or hearing_____11/14/22_____
                                                          DATE OF TRIAL/ HEARING

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS AT A COURT ORDERED DEPOSITION**

_____ set(s) for Rule 17(f) deposition scheduled on_____
                                                          DATE OF DEPOSITION

at  _____
    PLACE OF DEPOSITION

_____
Michael W. Magner (#1206)
Jones Walker, LLP
~~201 St. Charles Ave.~~
New Orleans, LA 70170
obo Ernestine Anderson-Trahan
Attorney's Signature, Bar Number, Address, and Party Represented