UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

**MOTION FOR LEAVE TO FILE THE OPPOSITION TO THE
MOTION IN LIMINE TO PRECLUDE MEDICAL RECORDS UNDER SEAL**

NOW INTO COURT, through undersigned counsel, comes Ernestine Anderson-Trahan, who respectfully moves the Court for leave to file the Opposition to the Motion in Limine to Preclude Medical Records under seal because it includes sensitive discussions of Defendant Ernestine-Anderson Trahan's medical history and her mother's medical history, as well as attaching a sensitive medical record. Defendants will e-file the Opposition to the Motion in Limine to Preclude Medical Records by sending the same to the Court's under seal e-filing email address, with a service copy to the Government and Chambers.

WHEREFORE, the defendant requests leave to file the Opposition to the Motion in Limine to Preclude Medical Records under seal.

#100725131v2

Respectfully submitted,

*/s/ Michael W. Magner*
Michael W. Magner (01206)
Thomas C. Wicker, IV (37955)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
(504) 582-8316
(504)582-8150
mmagner@joneswalker.com
twicker@joneswalker.com

*Counsel for Defendant, Ernestine Anderson-Trahan*

## CERTIFICATE OF SERVICE

I certify that on October 21, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

*/s/ Michael W. Magner*

#100725131v2