# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

## ORDER

Considering defendant's Motion for Leave to file the Opposition to the Motion in Limine to Preclude Medical Records under seal and finding good cause therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Opposition to the Motion in Limine to Preclude Medical Records will be filed and maintained under seal.

New Orleans, Louisiana, October ____, 2022.

_____
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT COURT

#100725131v2

3