UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

### MOTION FOR LEAVE TO FILE LATE OPPOSITION TO THE GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE IRRELEVANT AND IMPROPER EVIDENCE AND ARGUMENTS

NOW INTO COURT, through undersigned counsel, comes Ernestine Anderson-Trahan, who respectfully moves the Court for leave to file the Opposition to the Motion in Limine to Preclude Irrelevant and Improper Evidence and Arguments.[1]

LR 7.5 provides that parties opposing a motion file the opposition "no later than eight days before the noticed submission date." But "the Court has broad discretion as to whether to consider untimely filings, including oppositions to motions." *Deemer v. Deutsche Bank Nat'l Trust Co.*, No. 17-2019, 2018 U.S. Dist. LEXIS 30010, at *24 (E.D. La. Feb. 23, 2018) (Brown, J.).

Here, the Court should exercise its discretion to allow Ms. Trahan's opposition. Ms. Trahan's opposition is a limited, hypothetical one. She had no plan to oppose the government's motion in limine because she had no plan to introduce that evidence. But after the government filed its motion in limine, it filed its notice of intent to introduce 404(b) evidence.[2] Ms. Trahan

---

[1] Rec. Doc. 46.

[2] Rec. Doc. 51.

#100728141v2

then filed her opposition to the government's proposed 404(b) evidence.[3] With that, Ms. Trahan's opposition to this motion in limine is premised on the hypothetical that the Court permits the government's proposed 404(b) request, despite her opposition. Because of that, this opposition may be premature and/or unnecessary, but it is being filed out of an abundance of caution. Specifically, if the Court does permit evidence regarding Ms. Trahan's alleged failure to pay taxes and her late filing of taxes, then it should also allow Ms. Trahan to introduce evidence regarding the IRS's enforcement, or lack thereof, of those alleged failures.

**WHEREFORE**, the defendant requests leave to file the Opposition to the Motion in Limine to Preclude Irrelevant and Improper Evidence and Arguments.

Respectfully submitted,

*/s/ Thomas C. Wicker, IV*
Michael W. Magner (#01206)
Thomas C. Wicker, IV (#37955)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
Telephone:    (504) 582-8316
 (504)582-8150
mmagner@joneswalker.com
twicker@joneswalker.com

*Counsel for Defendant,*
*Ernestine Anderson-Trahan*

---

[3] Rec. Doc. 68.

## **CERTIFICATE OF SERVICE**

I certify that on October 24, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

                                                    */s/ Thomas C. Wicker, IV*