# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

## ORDER

Considering Defendant's Motion for Leave to file the Opposition to the Motion in Limine to Preclude Irrelevant and Improper Evidence and Arguments and finding good cause therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Opposition to the Motion in Limine to Preclude Irrelevant and Improper Evidence and Arguments be filed.

New Orleans, Louisiana, October ____, 2022.

                                                        NANNETTE JOLIVETTE BROWN
                                                       UNITED STATES DISTRICT COURT