# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

## ORDER

Considering Defendant's Motion for Leave to file the Opposition to the Motion in Limine to Preclude Irrelevant and Improper Evidence and Arguments and finding good cause therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Opposition to the Motion in Limine to Preclude Irrelevant and Improper Evidence and Arguments be filed.

New Orleans, Louisiana, this 25th day of October, 2022.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

#100728141v2

4