# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-2** |
| **v.** | * | **SECTION: "G"** |
| **ERNESTINE ANDERSON-TRAHAN** | * | |
| | * * * | |

## GOVERNMENT'S MOTION FOR LEAVE TO REPLY UNDER SEAL TO DEFENDANT'S OPPOSITION TO MOTION IN LIMINE TO PRECULDE MEDICAL RECORDS AND ARGUMENTS

**NOW INTO COURT** comes the United States of America, by undersigned counsel, and respectfully moves the Court for leave to file a Reply under Seal to Defendant's Opposition to the Government's Motion *in limine* to Preclude Medical Records and Arguments.  On October 14, 2022, the Government moved to preclude medical records and arguments.  D.E. 59.  On October 21, 2022, Defendant filed its Opposition to the Government's Motion under seal.  D.E. 67.  The Court granted leave to file under seal in order to protect Defendant's sensitive medical records in accordance with the Health Insurance Portability and Accountability Act ("HIPAA").  D.E. 71.

In the Opposition, Defendant advances arguments that merit a specific legal response. What's more, Defendant has provided the Government additional documents that Defendant intends to present at trial.  Therefore, to assist the Court in a proper review of the issues presented, the United States respectfully moves this Court for leave to file a reply.  Moreover, the Government intends to reference the medical records discussed by Defendant.  Therefore, the United States respectfully moves this Court for leave to file its reply under seal.

1

Wherefore, the United States respectfully requests that the Court grant the United States' motion for leave to file a reply under seal.

Respectfully submitted,

DUANE A. EVANS
United States Attorney

*/s/ Brian Flanagan*
BRIAN E. FLANAGAN
Trial Attorney, Tax Division
150 M. Street NE, Suite 1405
Washington, D.C., 20002
Telephone: 202-616-3362
Email: brian.e.flanagan@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brian Flanagan*
BRIAN E. FLANAGAN
Trial Attorney, Tax Division
