**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  22-2** |
| **v.** | * | **SECTION:  "G"** |
| **ERNESTINE ANDERSON-TRAHAN** | * | |
| | *        *        * | |

## O R D E R

Considering the foregoing Motion for Leave to Reply to Defendant's Opposition to Motion in Limine to Preclude Medical Records and Arguments, and considering the overriding interest in limiting the disclosure of medical protected by the Health Insurance Portability and Accountability Act ("HIPAA");

**IT IS ORDERED** that the United States is granted leave of court to file the Reply under seal.  The Clerk of Court shall maintain the Reply under seal, except for copies to be served on all counsel of record.

New Orleans, Louisiana, this _____ day of October, 2022.


_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

1