UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | |
| | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

MOTION FOR LEAVE TO FILE
REPLY TO GOVERNMENT OPPOSITION TO MOTION TO STRIKE SURPLUSAGE

**NOW INTO COURT**, through undersigned counsel, comes Ernestine Anderson-Trahan, who respectfully moves the Court for leave to file a Reply Memorandum in support of its Motion to Strike Surplusage. Rec. Doc. 55. This reply memorandum is necessary to address certain arguments made in the government's opposition to the motion, including its clarification of what additional arguments it intends to present at trial. Rec. Doc. 65.

WHEREFORE, the defendant requests leave to file the Reply to the Government Opposition to her Motion to Strike Surplusage.

Respectfully submitted,

 /s/ Thomas C. Wicker, IV
Michael W. Magner (#01206)
Thomas C. Wicker, IV (#37955)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
Telephone:  (504) 582-8316
 (504)582-8150
mmagner@joneswalker.com
twicker@joneswalker.com

*Counsel for Defendant,*
 *Ernestine Anderson-Trahan*

#100748360v1

## CERTIFICATE OF SERVICE

I certify that on November 1, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

/s/ Thomas C. Wicker, IV