UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL NO. 22-02

VERSUS

                                                      SECTION "G"(1)

ERNESTINE ANDERSON-TRAHAN


## ORDER

Considering Defendant's Motion for Leave to file the Reply to Government Opposition to Motion to Strike Surplusage and finding good cause therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Reply to Government Opposition to Motion to Strike Surplusage be filed.

New Orleans, Louisiana, November _____, 2022.


_____

NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT COURT