UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

### MOTION FOR LEAVE TO FILE THE RESPONSE TO THE GOVERNMENT'S REPLY TO OPPOSITION TO MOTION IN LIMINE TO PRECLUDE MEDICAL RECORDS AND ARGUMENTS UNDER SEAL

NOW INTO COURT, through undersigned counsel, comes Ernestine Anderson-Trahan, who respectfully moves the Court for leave to file the Response to the Government's Reply to Opposition to Motion in Limine to Preclude Medical Records and Arguments. The response to the government's reply is necessary to address certain arguments made in the government's reply, including the government's attempt to wrongfully restrict the application of the "willfulness" standard under *Cheek* in this case. As demonstrated, the government's burden is to prove the absence of good faith. Moreover, Ms. Trahan requests to file this response to the reply under seal because it includes sensitive discussions of Defendant Ernestine-Anderson Trahan's medical history and her mother's medical history, as well as attaching a sensitive medical history summary and record. Defendants will e-file the Response to Government's Reply to Opposition to Motion in Limine to Preclude Medical Records and Arguments by sending the same to the Court's under seal e-filing email address, with a service copy to the Government and Chambers.

WHEREFORE, Ms. Trahan requests leave to file the Response to Government's Reply to Opposition to Motion in Limine to Preclude Medical Records under seal.

#100725131v2

Respectfully submitted,

*/s/ Michael W. Magner*
Michael W. Magner (01206)
Thomas C. Wicker, IV (37955)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
(504) 582-8316
(504)582-8150
mmagner@joneswalker.com
twicker@joneswalker.com

*Counsel for Defendant, Ernestine Anderson-Trahan*

### CERTIFICATE OF SERVICE

I certify that on November 1, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

*/s/ Michael W. Magner*

#100725131v2

2