UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

### ORDER

Considering defendant's Motion for Leave to File the Response to the Government's Reply to the Motion in Limine to Preclude Medical Records and finding good cause therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Response to the Government's Reply to the Motion in Limine to Preclude Medical Records will be filed and maintained under seal.

New Orleans, Louisiana, November ____, 2022.

_____
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT COURT

#100725131v2

3