UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 22-2** |
| **ERNESTINE ANDERSON-TRAHAN** | **SECTION: "G"** |

# ORDER

Before the Court is the government's Motion for Leave to Reply Under Seal to Defendant's Opposition to Motion in Limine to Preclude Medical Records and Arguments.[1] In the motion, the government requests that it be permitted to file its reply brief under seal to protect Defendant Ernestine Anderson-Trahan's medical records and in accordance with the Health Insurance Portability and Accountability Act ("HIPAA").[2]

Local Rule 5.6 provides:

(A) No document or other tangible item may be filed under seal without the filing of a separate motion and order to seal, unless authorized by law.

(B) Any motion providing prospectively for filing materials under seal must be accompanied by a non-confidential supporting memorandum, a notice of the request to seal, and a proposed order. The non-confidential memorandum and proposed order must include:

> (1) A non-confidential description of what is to be sealed (e.g., medical records);
> (2) A statement as to why sealing is necessary;
> (3) Reference to governing case law; and
> (4) A statement of the period of time the party seeks to have the matter maintained under seal and how the matter is to be handled upon sealing.

---

[1] Rec. Doc. 76.

[2] *Id.* at 1.

The government has provided a non-confidential description of what is to be sealed, and a statement as to why sealing is necessary. Moreover, the government has referenced the governing case law supporting sealing this information. Although the motion does not indicate the period of time the government seeks to have the exhibits sealed, the Court will infer that the reply brief should be sealed indefinitely. Accordingly,

**IT IS HEREBY ORDERED** that the government motion[3] is **GRANTED**. The Clerk of Court shall file the government's reply brief into the record under seal.

**NEW ORLEANS, LOUISIANA**, this __2nd__ day of November, 2022.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[3] Rec. Doc. 76.