UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                      CRIMINAL NO. 22-02

VERSUS

ERNESTINE ANDERSON-TRAHAN                      SECTION "G"(1)


## ORDER

Considering Defendant's Motion for Leave to file the Reply to Government Opposition to Motion to Strike Surplusage,

IT IS HEREBY ORDERED that the Motion for Leave to File is GRANTED, and the Reply to Government Opposition to Motion to Strike Surplusage shall be filed into the record.

New Orleans, Louisiana, this __2nd__ day of November 2022.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT