**MINUTE ENTRY**
**BROWN, C.J.**
**November 3, 2022**
**JS-10   00:40**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 22-2** |
| **ERNESTINE ANDERSON-TRAHAN** | **SECTION "G"** |

### MINUTE ENTRY

A pretrial conference was held on November 3, 2022, with the following individuals participating in person:

- Michael Magner and Thomas C. Wicker, IV (Jones Walker) on behalf of Defendant Ernestine Anderson-Trahan

- Brian Flanagan, Marissa Brodney, and Michael Boteler (U.S. Department of Justice Tax Division) on behalf of the government

The Court met with the parties to discuss the upcoming trial scheduled for November 14, 2022 at 9:00 AM.

Each party will have 30 minutes for opening statements and 45 minutes for closing argument. The parties must arrive by 8:30 AM on November 14, 2022 to address any preliminary matters. Jury selection will begin at 9:00 AM. Trial is expected to last three days.

By November 13, 2022, the government must provide the Court with a list of the witnesses it will call and the order in which they will be called. Each party must notify the Court and opposing counsel 24 hours in advance of calling any witness.

The Court will impanel twelve jurors and one alternate. Pursuant to Federal Rule of Criminal Procedure 24(b)(2) and (c)(4), the government will be allowed seven peremptory

challenges, and Defendant will be allowed eleven peremptory challenges. Back-strikes will be allowed.

The government will provide all Jencks Act material to the Court no later than Thursday, November 10, 2022 at 12:00 PM. The parties will provide all bench books to the Court on Thursday, November 10, 2022 at 12:00 PM.

The pending motions in limine and motion to strike surplusage are set for hearing on the briefs on November 10, 2022. Neither party requests oral argument on the motions, and Defendant waives any right to be present for an in-person hearing on the motions. The government anticipates filing another motion to exclude Defendant's expert, after it receives a copy of the expert's report.

**NEW ORLEANS, LOUISIANA**, this __7th__ day of November, 2022.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**