UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-2 |
| v. | * | SECTION: "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |
| | * * * | |

GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL A
A MOTION AND INCORPORATED MEMORANDUM TO
EXCLUDE EXPERT TESTIMONY

**NOW INTO COURT** comes the United States of America, by undersigned counsel, and respectfully moves the Court for leave to file under seal a Motion and Incorporated Memorandum to Exclude Expert Testimony. On November 1, 2022, defense counsel notified the Government of their intent call a mental health professional to testify to Defendant willfulness in filing false tax returns. Defendant's expert should be excluded because: (1) Defendant notified the Government of her intent to call an expert witness less than two weeks before trial; (2) Defendant has failed to sufficiently disclose the experts opinions and the bases and reasons for those opinions; (3) the proposed expert testimony is irrelevant and will confuse the issues, mislead the jury, and is unduly prejudicial; and (4) the expert report lacks the required reliability.

The Government intends to reference the medical records discussed by Defendant. Therefore, the United States respectfully moves this Court for leave to file its Motion and Incorporated Memorandum under seal.

1

Respectfully submitted,

DUANE A. EVANS
United States Attorney

*/s/ Brian Flanagan*
BRIAN E. FLANAGAN
Trial Attorney, Tax Division
150 M. Street NE, Suite 1405
Washington, D.C., 20002
Telephone: 202-616-3362
Email: brian.e.flanagan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brian Flanagan*
BRIAN E. FLANAGAN
Trial Attorney, Tax Division