UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-2 |
| v. | * | SECTION: "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |
| * * * | | |

## O R D E R

Considering the foregoing Motion for Leave to File under Seal a Motion and Incorporated Memorandum to Exclude Expert Testimony, and considering the overriding interest in limiting the disclosure of medical protected by the Health Insurance Portability and Accountability Act ("HIPAA");

**IT IS ORDERED** that the United States is authorized to file its Motion and Incorporated Memorandum to Exclude Expert Testimony under seal. The Clerk of Court shall maintain the Motion and Incorporated Memorandum under seal, except for copies to be served on all counsel of record.

New Orleans, Louisiana, this _____ day of November, 2022.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT