UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-2 |
| v. | * | SECTION: "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |

\* \* \*

## GOVERNMENT'S MOTION AND INCORPORATED MEMORANDUM FOR AUTHORIZATION TO ISSUE RULE 17(C) SUBPOENA

**NOW INTO COURT** comes the United States of America, by undersigned counsel, and respectfully moves this Court for permission to serve a subpoena duces tecum to Rock Solid Living Counseling & Services, LLC, pursuant to Fed. R. Crim. P. 17(c) and according to the following provisions:

1. *The return date of the subpoena will be November 10, 2022 at 12:00 noon.* This provision will allow the parties time to review the requested items in advance of the testimony at issue.

2. *The items called for by the subpoena will be returned to the custody of the United States.* Upon receipt of the items, the United States will immediately notify counsel for Defendant and make the items available for review in their entirety.

**WHEREFORE**, the United States respectfully requests permission to issue the attached subpoena.

> Respectfully submitted,
>
> DUANE A. EVANS
> UNITED STATES ATTORNEY
>
> */s/ Brian Flanagan*
> BRIAN E. FLANAGAN
> Trial Attorney, Tax Division
> New York Bar Number: 5191911
> 150 M. Street NE, Suite 1405
> Washington, D.C., 20002
> Telephone: 202-616-3362
> Email: brian.e.flanagan@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> */s/ Brian Flanagan*
> BRIAN E. FLANAGAN
> Trial Attorney, Tax Division