**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.   22-2** |
| **v.** | * | **SECTION:   "G"** |
| **ERNESTINE ANDERSON-TRAHAN** | * | |
| | * * * | |

## O R D E R

Considering the foregoing Motion and Incorporated Memorandum For Authorization To Issue Rule 17(c) Subpoena;

**IT IS ORDERED** that the United States is permitted to issue the aforementioned subpoena duces tecum to Rock Solid Living Counseling & Services, LLC, returnable on Thursday, November 10, 2022, at 12:00 p.m. to the custody of the United States.   The United States will provide copies of the responsive items to counsel for Defendant.

New Orleans, Louisiana, this _____ day of November, 2022.


_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT