UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-2 |
| ERNESTINE ANDERSON-TRAHAN | SECTION: "G" |

# ORDER

Before the Court is the government's Motion for Leave to File Under Seal a Motion to Exclude Expert Testimony.[1] In the motion to seal, the government requests that the motion to exclude be sealed because the motion discussions Defendant's medical history.[2]

Local Rule 5.6 provides:

(A) No document or other tangible item may be filed under seal without the filing of a separate motion and order to seal, unless authorized by law.

(B) Any motion providing prospectively for filing materials under seal must be accompanied by a non-confidential supporting memorandum, a notice of the request to seal, and a proposed order. The non-confidential memorandum and proposed order must include:

> (1) A non-confidential description of what is to be sealed (e.g., medical records);
> (2) A statement as to why sealing is necessary;
> (3) Reference to governing case law; and
> (4) A statement of the period of time the party seeks to have the matter maintained under seal and how the matter is to be handled upon sealing.

The government has provided a non-confidential description of what is to be sealed, and a statement as to why sealing is necessary. Although the motion does not reference the governing

---

[1] Rec. Doc. 92.

[2] *Id.* at 1.

caselaw, the Health Insurance Portability and Accountability Act ("HIPAA") provides for confidentiality of medical records. Additionally, although the motion does not indicate the period of time the government seeks to have the motion sealed, the Court will infer that motion and attached exhibits should be sealed indefinitely. The Court finds that sealing these records serves the overriding interest of limiting the public dissemination of the records. Accordingly,

**IT IS HEREBY ORDERED** that the government's motion to seal[3] is **GRANTED**. The Clerk of Court shall maintain the government's Motion to Exclude Expert Testimony and attached exhibits under seal, except for copies to be served on all counsel of record.

**IT IS FURTHER ORDERED** that Defendant shall file any opposition to the motion on or before November 9, 2022 at noon.

**NEW ORLEANS, LOUISIANA**, this __8th__ day of November, 2022.

                                                    **NANNETTE JOLIVETTE BROWN**
                                                    **CHIEF JUDGE**
                                                    **UNITED STATES DISTRICT COURT**

---

[3] Rec. Doc. 92.