## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 22-02** |
| **VERSUS** | **SECTION "G"(1)** |
| **ERNESTINE ANDERSON-TRAHAN** | |

### MOTION FOR LEAVE TO FILE OPPOSITION TO MOTION TO EXCLUDE EXPERT UNDER SEAL

NOW INTO COURT, through undersigned counsel, comes Ernestine Anderson-Trahan, who respectfully moves the Court for leave to file the Opposition to Motion to Exclude Expert under seal. This opposition contains sensitive personal medical information regarding the defendant.

WHEREFORE, Ms. Trahan requests leave to file the Opposition to Motion to Exclude Expert under seal.

Respectfully submitted,

*/s/ Michael W. Magner*
Michael W. Magner (01206)
Thomas C. Wicker, IV (37955)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
(504) 582-8316
(504)582-8150
mmagner@joneswalker.com
twicker@joneswalker.com
**Counsel for Defendant,**
  **Ernestine Anderson-Trahan**

#100765361v2

## CERTIFICATE OF SERVICE

      I certify that on November 9, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

                                                    */s/ Michael W. Magner*