UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.   22-2 |
| v. | * | SECTION:   "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |
| | * * * | |

**O R D E R**

Considering the foregoing Motion and Incorporated Memorandum For Authorization To Issue Rule 17(c) Subpoena;

**IT IS ORDERED** that the United States is permitted to issue the aforementioned subpoena duces tecum to Rock Solid Living Counseling & Services, LLC, returnable on Thursday, November 10, 2022, at 12:00 p.m. to the custody of the United States.   The United States will provide copies of the responsive items to counsel for Defendant.

New Orleans, Louisiana, this __9th__ day of November, 2022.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT