# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ERNESTINE ANDERSON-TRAHAN | ) | Case No. 22-CR-002G(1) |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Rock Solid Living Counseling & Services LLC
Wherever Found

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>Hale Boggs Federal Building<br>500 Poydras Street, New Orleans, LA | Courtroom No.: | C227 (Chief Judge Brown) |
|---|---|---|---|
| | | Date and Time: | 11/10/2022 12:00 pm |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Records of diagnosis and treatment for: Ernestine Anderson Trahan, including mental health records. In lieu of appearance, you may provide responsive records directly to:
Federal Bureau of Investigation 2901 Leon C. Simon Blvd. New Orleans, LA 70126 Attn: IRS Special Agent Timothy Moore - Squad 5, 504.816.3266

Date: __Nov 09 2022__

Carol L. Michel
*Name of clerk of court*

/s/ Mia Young
*Deputy clerk's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America, who requests this subpoena, are:

Brian E. Flanagan, DOJ-Tax, 150 M. Street, NE, Ste 1.405, Washington, D.C. 20004, 202-616-3362, brian.e.flanagan@usdoj.gov

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 22-CR-002G(1)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: