UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION TO MOTION TO EXCLUDE EXPERT UNDER SEAL

NOW INTO COURT, through undersigned counsel, comes Ernestine Anderson-Trahan, who respectfully moves the Court for leave to file a Supplemental Opposition to Motion to Exclude Expert under seal. This supplemental opposition contains sensitive personal medical information regarding the defendant, so Ms. Trahan requests to file it under seal.

Ms. Corrine Shelton, the treating physician in question, timely complied with the subpoena issued by the government. Because the government's motion argues that it did not have Ms. Shelton's records, the fact that they have received the records via subpoena is responsive to its motion and warrants a supplemental opposition.

The fact that the records are far from voluminous, numbering only 22 pages, further demonstrates that the government is not prejudiced by Ms. Shelton's inclusion at the trial. In other words, because the government has failed to demonstrate that it will be unable to prepare for this issue, to the extent that good cause is required under 12.2(b) to allow Ms. Trahan to file a late notice, Ms. Shelton's records further support that good cause exists.

WHEREFORE, Ms. Trahan requests leave to file the Supplemental Opposition to Motion to Exclude Expert under seal.

#100765361v2

Respectfully submitted,

*/s/ Michael W. Magner*
Michael W. Magner (01206)
Thomas C. Wicker, IV (37955)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
(504) 582-8316
(504)582-8150
mmagner@joneswalker.com
twicker@joneswalker.com
**Counsel for Defendant,**
 **Ernestine Anderson-Trahan**

### CERTIFICATE OF SERVICE

I certify that on November 10, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

*/s/ Michael W. Magner*

#100765361v2

2