UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

## ORDER

Considering defendant's Motion for Leave to File the Supplemental Opposition to Motion to Exclude Expert under seal and finding good cause therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Opposition to Motion Exclude Expert will be filed and maintained under seal.

New Orleans, Louisiana, November ____, 2022.

_____
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT COURT

#100765361v2