## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-2 |
| v. | * | SECTION: "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |

\* \* \*

## GOVERNMENT'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL SUBMISSION OF A PROPOSED JURY INSTRUCTION

**NOW INTO COURT** comes the United States of America, by undersigned counsel, and respectfully moves the Court for leave to file a supplemental submission of a proposed jury instruction.

On October 13, 2022, consistent with this Court's Order, dated June 2, 2022, and Rule 30 of the Rules of Criminal Procedure, both parties submitted proposed jury instructions. Government's Proposed Jury Instructions, D.E. 50; Defendant's Proposed Jury Instructions; D.E. 54. In Defendant's Proposed Jury Instructions, Defendant submits a proposed instruction on "good faith" that merits a specific legal response. Therefore, the Government respectfully moves for leave to file a supplemental submission of a proposed jury instruction regarding good faith—specifically an instruction included in the Pattern Criminal Jury Instructions of the Seventh Circuit and supported by Fifth Circuit precedent.

Respectfully submitted,

DUANE A. EVANS
United States Attorney

1

*/s/ Brian Flanagan*
BRIAN E. FLANAGAN
Trial Attorney, Tax Division
150 M. Street NE, Suite 1405
Washington, D.C., 20002
Telephone: 202-616-3362
Email: brian.e.flanagan@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 10, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brian Flanagan*
BRIAN E. FLANAGAN
Trial Attorney, Tax Division
