UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-2 |
| v. | * | SECTION: "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |

\* \* \*

## O R D E R

Considering the foregoing Motion for Leave to File a Supplemental Submission of Proposed Jury Instruction;

**IT IS ORDERED** that the United States is granted leave of court to file the Supplemental Submission of Proposed Jury Instruction.

New Orleans, Louisiana, this _____ day of November, 2022.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT