UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-2 |
| ERNESTINE ANDERSON-TRAHAN | SECTION: "G" |

## ORDER

Before the Court is Defendant Ernestine Anderson-Trahan's ("Defendant") Motion for Leave to File the Supplemental Opposition to the Motion to Exclude Expert Under Seal.[1] In the motion, Defendant requests that the supplemental opposition be sealed because it includes sensitive personal medical information of Defendant.[2]

Local Rule 5.6 provides:

(A) No document or other tangible item may be filed under seal without the filing of a separate motion and order to seal, unless authorized by law.

(B) Any motion providing prospectively for filing materials under seal must be accompanied by a non-confidential supporting memorandum, a notice of the request to seal, and a proposed order. The non-confidential memorandum and proposed order must include:

(1) A non-confidential description of what is to be sealed (e.g., medical records);
(2) A statement as to why sealing is necessary;
(3) Reference to governing case law; and
(4) A statement of the period of time the party seeks to have the matter maintained under seal and how the matter is to be handled upon sealing.

---

[1] Rec. Doc. 102.

[2] *Id.* at 1.

Defendant has provided a non-confidential description of what is to be sealed, and a statement as to why sealing is necessary. Although the motion does not reference the governing caselaw, the Health Insurance Portability and Accountability Act ("HIPAA") provides for confidentiality of medical records. Additionally, although the motion does not indicate the period of time Defendant seeks to have the supplemental opposition sealed, the Court will infer that supplemental opposition should be sealed indefinitely. The Court finds that sealing these records serves the overriding interest of limiting the public dissemination of the records. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to seal[3] is **GRANTED**. The Clerk of Court shall maintain Defendant's supplemental opposition to the motion to exclude under seal, except for copies to be served on all counsel of record.

**NEW ORLEANS, LOUISIANA**, this ___10th___ day of November, 2022.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[3] Rec. Doc. 102.