MINUTE ENTRY
BROWN, C.J.
NOVEMBER 14, 2022

JS10 - 06:50

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 22-2 |
| ERNESTINE ANDERSON-TRAHAN | SECTION: G |

**JURY TRIAL**

COURTROOM DEPUTY:  Dena White
COURT REPORTER:  Nichelle Wheeler
LAW CLERK: Antonio Milton

APPEARANCES:
Brian Flanagan, Marissa Brodney and Michael Boteler, Counsel for Government
Michael Magner and Thomas Wicker, IV, Counsel for Defendant
Ernestine Anderson-Trahan, Defendant

Case called at 9:00 a.m.
All present and ready.
Stipulation entered.
Sequestration order given by the Court.
Jury panel entered the courtroom at 9:15 a.m.
The jury panel sworn on voir dire and questioned.
The jury selected, sworn and instructed.
Remainder of the panel is excused with the thanks of the Court.
Opening statements.
Government's witnesses.
Devin George, sworn and testified.
Government's exhibits 1, 2, 3, 4, 5, and 6 offered and admitted.
Christina Dugas, sworn and testified.
Lisa Hibbs, sworn and testified.
Tamara Griffin-Major, sworn and testified.

CR 22-2 "G"  
Page 2 - Trial Minutes  
November 14, 2022

Court recessed at 4:50 p.m., to reconvene on Tuesday, November 15, 2022 at 8:30 a.m.
Notice for Removal of Exhibits attached.