UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  22-2 |
| v. | * | SECTION:  "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |
| | *          *          * | |

## STIPULATION OF FACT

Comes now the United States of America, by and through its undersigned attorneys, and the Defendant, Ernestine Anderson-Trahan, by and through her undersigned attorneys, and hereby stipulate that the following facts are true and shall be treated as proved in this case:

By letter dated July 12, 2018, the Judiciary Commission of Louisiana requested Judge Ernestine Anderson-Trahan's counsel to provide information on whether Judge Trahan reported to the Internal Revenue Service all money earned from officiating wedding ceremonies on an annual basis.

The above stipulation is hereby entered into this 13th day of November, 2022.

FOR THE DEFENDANTS

Michael W. Magner
Thomas C. Wicker, IV
Counsel for Ernestine Anderson-Trahan

Ernestine Anderson-Trahan
Defendant

FOR THE UNITED STATES

Michael C. Boteler
Marissa Brodney
Brian E. Flanagan
Trial Attorneys, Department of Justice

1