MINUTE ENTRY
BROWN, C.J.
NOVEMBER 15, 2022

JS10 -  06:00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 22-2 |
| ERNESTINE ANDERSON-TRAHAN | SECTION: G |

**JURY TRIAL**
(continued from November 14, 2022)

COURTROOM DEPUTY: Dena White
COURT REPORTER: Nichelle Wheeler
LAW CLERK: Antonio Milton

APPEARANCES:
Brian Flanagan, Marissa Brodney and Michael Boteler, Counsel for Government
Michael Magner and Thomas Wicker, IV, Counsel for Defendant
Ernestine Anderson-Trahan, Defendant

Case called at 8:40 a.m.
All present and ready.
Government's oral motion to dismiss Count 1 of the Superseding Indictment GRANTED.
Jury returned to the courtroom at 8:47 a.m.
Government witnesses.
Tamara Griffin-Major, testimony continued.
Defendant's exhibit 1, offered and admitted.
Lauren Rocha, sworn and testified.
Government's exhibits 7-13, offered and admitted.
Allison Kotsay, sworn and testified.
Government's exhibits 14- 47, offered and admitted.
Krystal Ancar, sworn and testified.
Government's exhibits 48- 72, offered and admitted.

CR 22-2 "G"  
Page 2 - Trial Minutes  
November 15, 2022

Defendant's exhibit 2, offered and admitted.

Court recessed at 3:40 p.m., to reconvene on Wednesday, November 16, 2022, at 9:00 a.m.