MINUTE ENTRY
BROWN, C.J.
NOVEMBER 16, 2022

JS10 -  06:44

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NUMBER: 22-2

ERNESTINE ANDERSON-TRAHAN                    SECTION: G

**JURY TRIAL**
(continued from November 15, 2022)

COURTROOM DEPUTY: Dena White
COURT REPORTER: Nichelle Wheeler
LAW CLERK: Antonio Milton

APPEARANCES:
Brian Flanagan, Marissa Brodney and Michael Boteler, Counsel for Government
Michael Magner and Thomas Wicker, IV, Counsel for Defendant
Ernestine Anderson-Trahan, Defendant

Court begins at 9:08 a.m.
All present and ready.
Government's witnesses.
Tamara Jacobson, sworn and testified.
Michael Hall, sworn and testified.
David Carrone, sworn and testified.
Government's exhibits 73-78, offered and admitted.
Defendant's exhibits 3-8, offered and admitted.
Government rests.
Defendant's oral motion for dismissal and judgment of acquittal. Motion TAKEN UNDER
ADVISEMENT.
Government's Memorandum of Contact entered in reference to dismissal of Count 1 of the
Superseding Indictment. Attached hereto as Exhibit A.
Defendant's witnesses.
Scott Sigel, sworn and testified.
Defendant's exhibits 9-36, offered and admitted.
ORDERED that all medical record and tax record exhibits shall be filed UNDER SEAL.

CR 22-2 "G"
Page 2 - Trial Minutes
November 16, 2022

Deatrice Henderson, sworn and testified.
Corrine Shelton, sworn and testified as a licensed therapist.
Government's exhibit 79, offered and admitted.
Defendant rests.
Jury removed from courtroom.
Defendant informed of her right to testify.
Defendant waived her right to testify.
Defendant renews motion for judgment of acquittal. Motion TAKEN UNDER ADVISEMENT.
Court addressed counsel regarding jury charges.
Court recessed at 4:52 p.m., to reconvene on Thursday, November 17, 2022, at 9:00 a.m.



# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Contact



EXHIBIT

A

_____

---

**Investigation #:**  1000292854  **Location:**  Via Telephone
**Investigation Name:**  ERNESTINE A. TRAHAN
**Date:**  November 14, 2022
**Time:**  Approximately 5:32 - 5:57 PM
**Participant(s):**  Krystal Ancar, Witness
Timothy Moore, Special Agent   DeWayne Horner, Special Agent - FBI
Brian Flanagan, Marissa Brodney, Michael Boteler - DOJ Trial Attorneys
Ike Spears – Ancar's Attorney   Kim Better – DOJ Paralegal

On the above date and time, the above mentioned individuals spoke with Krystal Ancar (Ancar) regarding EARNESTINE TRAHAN (TRAHAN).  Ancar was provided four documents earlier today which is the topic of this contact.

1. Regarding the document beginning with "uniforms" at the top, this document is in Ancar's handwriting with a few minor exceptions.  The address at the bottom is not Ancar's handwriting.  The mileage numbers under the address are Ancar's handwriting.  The checkmarks on the document are likely Ancar's.

2. Regarding the document beginning with "Date: Terri" the categories on the left were written by Ancar.  The dollar amounts were filled in by TRAHAN.  The dates on the documents were written by Ancar.

3. Regarding the document beginning with "Wedding Money" in the upper right corner, the handwriting is not Ancar's.

4. Regarding the document beginning with "Aug" at the top, the numbers in the bottom right hand corner are Ancar's handwriting.  The numbers in upper right corner are not Ancar's.

5. Ancar's thinks she got this information in 2014 but did not get it again when the return was prepared in 2017.  Items without checkmarks likely means Ancar did not put these figures on the 2013 return.  Ancar likely told TRAHAN to verify these numbers and give the paper back to her upon verification.

6. These four documents would have been in TRAHAN's possession to conduct research to verify the accuracy.  Ancar did not get these last two documents back in 2017.

7.  Ancar called TRAHAN about the 2013 return in 2017 which is when the return was filed.

8.  Ancar knew TRAHAN requested transcripts from the IRS and TRAHAN gave these to Ancar upon receipt.

9.  TRAHAN provided the wedding fee amount of $16,000.

10. Ancar's hard drive crashed in March/April 2017 to the best of her recollection.

11. Ancar scans in documents when they are completed.  Ancar does not scan in uncompleted documents.


I prepared this memorandum on November 14, 2022, after refreshing my memory from notes made during and immediately after the contact with Krystal Ancar.

*Tim Moore*

Tim Moore
Special Agent

$ 

Wedds money
500
500
500
100
100

Moving expenss ➤➤➤   $ 1700 - paid in Bonuss

Edge

Jan   Edge uniforms        282 ✓

Feb -   /

March -   2,667.05  -  $852.77
                              $786.22

              10,672.74 —

April      2,143.83   —

May
June      3,098.56 —
July       9,715 —
Aug

Jesuit — $2.00 + 10.00  6.00
75 x pair

Uniforms McGehee  385   120 text Books , 100 supplies
Txt Books — 420

Jesuit         7,800
McGehee        8,895

                        13              12
US Bank interest   $2,274.09    2,729.06
    Taxs paid      1,742.73     1566.62
    IRS paid       4,895.10


                    2013
Property tax    412.53
    Repairs     865.00
    Rent        750 x 12 = $9,100

                    12
Shoes   60      1500
Socks           750
Vest  75        9100
Shirt  70
Shirt (4) 120
2 Sets  60              2) pits each
                            Rugg
       385

Reggie          11287 Winerock
Shanks          Lake Forest Elementary
                17.9mi = 36.20mi Rt
    850-267-9222    18.30mi

Roof          - 260
Siding        - 450
Window        - 125
toilet        - 350 - Worker was paid -
indor Bathroom - 150
Washroom      - 210
    Material    825.00

Stovall Street Repair
_ _ _ _ _ _   2810

D → S    57.86
         57.74
         115.60  x 27 trips  =  3121.20 miles

S → HD   1.88
HD → S   2.13
         4.01  x 20 trips  =   80.20 miles

                        3201.40 miles
                      +  100.00
                        3301.40 ✓

Pest Control  $30x12 =  $360 ✓

Safe Box  $75
Church  $7825

Aug -

Sept -

October

Nov

Dec

25,920
4, 500 (check)
Bill TD
9,500 -Destine

51,550.18
- 14,000.00
37,550.18

16,000

Date: Terri ___ Church contributions
Subject: 237-3290 ___ $5,785.00 ✓

- Rental Income          8,880 ✓
- Rental Expenses ___ $390 $90 $29 labor
  $400 – Repairs  800 / 970 → /Mileage (K driving to Pig) things, etc
  – Purchases (Cabinets / Bathroom) Date & Amounts  8·9·14
                                    10·31·14  $800
  – Insurance   Ø
  – Taxes   379.60   380·32 ✓
- US Bank Mortgage Interest ✓
- Interest income from Banks  0-
- Lillie's Tution, Uniform, Books & Supplies fees  2800  300  175  400 + 70
- Lillie's After care expense → $2000  331 / 1030
       $560 = 1304 + 40  $603      240  10  44
- Lillie's Summer Camp expense
- Toot's 1098 from Morehouse + Cost of Books  Jimid $650
- Wedding income ... (any expenses?)
- Church contributions  $700  5,785 ✓
- Property Tax 2014  ✓   Daystar 30
- Non cash contributions → Zulu sc  100
       1500  Loyola 25
       Megan 300
       USBA 250 + 90

Revised: April 2011