MINUTE ENTRY
BROWN, C.J.
NOVEMBER 17, 2022

JS10 - 02:01

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 22-2 |
| ERNESTINE ANDERSON-TRAHAN | SECTION: G |

**JURY TRIAL**
(continued from November 16, 2022)

COURTROOM DEPUTY: Dena White
COURT REPORTER: Nichelle Wheeler
LAW CLERK: Antonio Milton

APPEARANCES:
Brian Flanagan, Marissa Brodney and Michael Boteler, Counsel for Government
Michael Magner and Thomas Wicker, IV, Counsel for Defendant
Ernestine Anderson-Trahan, Defendant

Court begins at 9:14 a.m.
Closing arguments of government and defendant.
Jury charged and instructed by the Court.
Jury retires for deliberations at 11:15 a.m.
Questions 1, 2 and 3of the Jury to the Court attached.
Court recessed at 9:10 p.m. to resume Friday, November 18, 2022, at 9:30 a.m.