UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-2 |
| ERNESTINE ANDERSON-TRAHAN | SECTION:  G |

CERTIFICATION OF TRIAL EXHIBITS

    Undersigned counsel have reviewed all of the exhibits in the possession of the Court and certify that these comprise all of the exhibits admitted into evidence by the Court during the course of the trial.  Said exhibits, excluding any proffers, will be sent to the jury for use in their deliberations.

    New Orleans, Louisiana, this 17th day of November, 2022.

_____        _____
Counsel for the Government                                        Counsel for the Defendant