UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNTED STATES OF AMERICA　　　　　　　　　CRIMINAL ACTION

VERSUS　　　　　　　　　　　　　　　　　　NUMBER: 22-2

ERNESTINE ANDERSON-TRAHAN　　　　　　　　SECTION: "G"

**QUESTIONS OF THE JURY DURING DELIBERATION**

**QUESTION 1:** AT WHAT TIME WAS THE DEFENDANT MADE AWARE (BY ANY PARTY) THAT THERE WERE ERRORS ON 1040s FROM 2014, 15, 16 AND SHE WAS FACING THE POTENTIAL OF CRIMINAL LIABILITY?

Signature [redacted]　　　Date 11/17/22　　Time 2:54

**ANSWER FROM THE COURT:** The Court cannot comment on the evidence. You must rely on your own independent recollection of the facts.