UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNTED STATES OF AMERICA                                   CRIMINAL ACTION

VERSUS                                                    NUMBER:  22-2

ERNESTINE ANDERSON-TRAHAN                                 SECTION:   "G"

## QUESTIONS OF THE JURY DURING DELIBERATION

QUESTION 2: __What does it mean to be__
__deadlocked? What are our options__
__if we are unable to come to__
__an agreement? Both tonight__
__and generally?__

Signature ▓▓▓▓▓▓▓▓▓            Date  11/17/22   Time  4:26

**ANSWER FROM THE COURT:** _____
With respect to any count in The Superceding
Indictment That you cannot unanimously
agree as to guilt or innocence would be
considered deadlocked as to That
particular count.
Please see jury instruction #18