UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNTED STATES OF AMERICA                     CRIMINAL ACTION

VERSUS                                       NUMBER: 22-2

ERNESTINE ANDERSON-TRAHAN                    SECTION: "G"

**QUESTIONS OF THE JURY DURING DELIBERATION**

QUESTION 3 [To/If]: We have came to a deadlock Decision what is the process

Signature [redacted]   Date 11/17/22   Time 8:59

**ANSWER FROM THE COURT:** _____