MINUTE ENTRY
BROWN, C.J.
NOVEMBER 18, 2022

JS10 -  00:10

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 22-2 |
| ERNESTINE ANDERSON-TRAHAN | SECTION: G |

**JURY TRIAL**
(continued from November 17, 2022)

COURTROOM DEPUTY: Dena White
COURT REPORTER: Nichelle Wheeler
LAW CLERK: Antonio Milton

APPEARANCES:
Brian Flanagan, Marissa Brodney and Michael Boteler, Counsel for Government
Michael Magner and Thomas Wicker, IV, Counsel for Defendant
Ernestine Anderson-Trahan, Defendant


Jury resumed deliberations at 9:30 a.m.
Jury charged by the Court pursuant to Allen vs. United States.
Questions 4, 5 and 6 of the Jury to the Court attached.
Jurors returned to the courtroom at 3:25 p.m. as to Question 6 of the Jury.
Jury informed the Court that a verdict could not be reached.
Court declares a mistrial.
Jury excused.
Defendant released on current bond.
Counsel thanked and excused.
Court adjourned at 3:35 p.m.