UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNTED STATES OF AMERICA     CRIMINAL ACTION

VERSUS     NUMBER: 22-2

ERNESTINE ANDERSON-TRAHAN     SECTION: "G"

## QUESTIONS OF THE JURY DURING DELIBERATION

**QUESTION 4:** We still can't come to a single conclusion and are pushing for a deadlock

Signature ███ Date 11/18/22 Time 10:32

**ANSWER FROM THE COURT:**