UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNTED STATES OF AMERICA

VERSUS

ERNESTINE ANDERSON-TRAHAN

CRIMINAL ACTION

NUMBER: 22-2

SECTION: "G"

## QUESTIONS OF THE JURY DURING DELIBERATION

QUESTION 5: Can we have the IRS tax rights that were giving in closing argument.

Signature [redacted] Date 11/17/22 Time 11:43 12:38

ANSWER FROM THE COURT: No. The IRS taxpayer Bill of Rights was noted on a powerpoint slide by the defense in its closing argument. The IRS Taxpayer Bill of Rights was not entered into evidence as an exhibit. Accordingly, the Court cannot provide a copy as it was not entered into evidence.
Please see Jury Instructions number 4.

## Jury Charge Number 4.

As I told you earlier, it is your duty to determine the facts. To do so, you must consider only the evidence presented during the trial. Evidence is the sworn testimony of the witnesses, including stipulations, and the exhibits. The questions, statements, objections, and arguments made by the lawyers are not evidence.

The function of the lawyers is to point out those things that are most significant or most helpful to their side of the case, and in so doing to call your attention to certain facts or inferences that might otherwise escape your notice. In the final analysis, however, it is your own recollection and interpretation of the evidence that controls in the case. What the lawyers say is not binding upon you.

During the trial I sustained objections to certain questions and exhibits. You must disregard those questions and exhibits entirely. Do not speculate as to what the witness would have said if permitted to answer the question or as to the contents of an exhibit. Also, certain testimony or other evidence has been ordered removed from the record and you have been instructed to disregard this evidence. Do not consider any testimony or other evidence which has been removed from your consideration in reaching your decision. Your verdict must be based solely on the legally admissible evidence and testimony.

Also, do not assume from anything I may have done or said during the trial that I have any opinion concerning any of the issues in this case. Except for the instructions to you on the law, you should disregard anything I may have said during the trial in arriving at your own verdict.