UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNTED STATES OF AMERICA            CRIMINAL ACTION

VERSUS            NUMBER: 22-2

ERNESTINE ANDERSON-TRAHAN            SECTION: "G"

### QUESTIONS OF THE JURY DURING DELIBERATION

**QUESTION 6:** We still can't come to a mutuall desicion on a verdict, and would like to let courts know we can't come to a veridict, and have exhosted every avenue of deliberation

Signature [redacted]    Date 11/18/22    Time 2:38

**ANSWER FROM THE COURT:** Is this as to all counts? Are you able to reach a verdict on any count?

No not on any count.