UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| VERSUS | NO.  22-2 |
| ERNESTINE ANDERSON-TRAHAN | SECTION:  "G" |

## VERDICT FORM

### COUNT TWO

As to the charges set forth in COUNT 2 of the Superseding Indictment in this matter, we the Jury unanimously find the defendant, **ERNESTINE ANDERSON-TRAHAN**:

_____ Not Guilty _____ Guilty

### COUNT THREE

As to the charges set forth in COUNT 3 of the Superseding Indictment in this matter, we the Jury unanimously find the defendant, **ERNESTINE ANDERSON-TRAHAN**:

_____ Not Guilty _____ Guilty

### COUNT FOUR

As to the charges set forth in COUNT 4 of the Superseding Indictment in this matter, we the Jury unanimously find the defendant, **ERNESTINE ANDERSON-TRAHAN**:

_____ Not Guilty _____ Guilty

**NEW ORLEANS, LOUISIANA**, this \_\_\_\_ day of November, 2022.

_____
**FOREPERSON SIGNATURE**