UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                CRIMINAL ACTION

VERSUS                                                  NO. 22-2

ERNESTINE ANDERSON-TRAHAN                               SECTION:  "G"

**O R D E R**

IT IS ORDERED that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

IT IS FURTHER ORDERED that the clerk pay to  Majoria's Commerce Restaurant  the sum of $ 428.25 , for meals for the jury in this matter on  November 16 and 17, 2022.

New Orleans, Louisiana, this 18th day of November, 2022.

*Nannette Jolivette Brown*
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT