13 Jurors served meals.

*[signature: Deena White]*

12 Juror served meals.

*[signature: Deena White]*

```
MAJORIA'S COMMERCE RESTAURANT
        300 CAMP ST
   NEW ORLEANS, LA 70130
       (504) 561-9239
     www.commercerest.com
 November 16, 2022 at 10:01 AM

         Order #10052

      Customer Information:
           Deena White
      Phone: (504) 589-7505
      Address: 500 Poydras # 205


                Delivery
         Guest: Deena White
                Delivery

CLASSIC BURGER                  13.00
CLUB Toast                      13.25
Shrimp Po-Boy                   17.50
Shrimp Po-Boy                   17.50
Catfish Po-Boy                  16.75
Shrimp Po-Boy                   14.00
Shrimp Po-Boy                   14.00
CLUB Toast                      14.00
CAESAR                          16.00
Sweet Potato Fries               4.50
CAESAR                          16.00
Sweet Potato Fries               4.50
Shrimp Po-Boy                   14.00
CLUB Toast                      14.00
CLASSIC BURGER                  13.00
Open Food                        5.00

Subtotal                       207.00
Tax                              0.00

Total                          207.00

     Receipt Code: 0101417316686

        Thank you for visiting!
           Come back soon!
```

```
MAJORIA'S COMMERCE RESTAURANT
        300 CAMP ST
   NEW ORLEANS, LA 70130
       (504) 561-9239
     www.commercerest.com
 November 17, 2022 at 1:17 PM

         Order #11042

      Customer Information:
           Deena White
      Phone: (504) 589-7505
      Address: 500 Poydras # 205


                Delivery
         Guest: Deena White
                Delivery

CLASSIC BURGER                  13.00
HOUSE SALAD                     17.00
Sweet Potato Fries               4.50
HOUSE SALAD                     17.00
Sweet Potato Fries               4.50
Catfish Po-Boy                  14.00
CAESAR                          10.00
Catfish Po-Boy                  16.75
CAESAR                          16.00
HOUSE SALAD                     17.00
Sweet Potato Fries               4.50
CAESAR                          15.00
Sweet Potato Fries               4.50
CLUB Toast                      14.00
BLT Bun/Toast                    9.00
Shrimp Po-Boy                   17.50
Open Food                        5.00
HOUSE SALAD                     22.00

Subtotal                       221.25
Tax                              0.00

Total                          221.25

     Receipt Code: 0110785516687

        Thank you for visiting!
           Come back soon!
```