UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-2 |
| ERNESTINE ANDERSON-TRAHAN | SECTION: "G" |

**O R D E R**

**IT IS ORDERED** that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

**IT IS FURTHER ORDERED** that the clerk pay to  Reginellis  the sum of $  169.25 , for meals for the jury in this matter on  November 17, 2022 .

New Orleans, Louisiana, this 21st day of November, 2022.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT