```
              Reginellis Poydras
                 930 Poydras St
                 New Orleans, LA
              Phone:504-586-0068
               www.reginellis.com

                     Ord #52

                Catering Delive

  Empl:Whitney B.        11/17/2022 6:00 PM

  FEDERAL
  JUDGE BROWN US COURT
  500 POYDRAS ST
  #205
  Zip: 70113
  504-589-7505

  -------------------------------------------

  1 10in Cheese Pizza                  10.00
      Green Peppers                     1.50
      Black Olives                      1.50
      Red Onions                        1.50
      Pepper Mix                        2.00
      Chicken                           3.50
      Italian Sausage                   2.00
  1 10in Cheese Pizza                  10.00
      White Onions                      1.50
      Green Peppers                     1.50
      Pepperoni                         2.00
  1 10in Cheese Pizza                  10.00
      NO Marinara Sauce
      Pancetta                          3.50
      Garlic Herb Sauce
      Burrata                           2.00
  1 Ancona Caesar                      14.75
  1 The Uptowner                       12.50
  1 The Uptowner                       12.50
  1 The Uptowner                       12.50
  1 Meatball Sandwich                  12.50
  1 Meatball Sandwich                  12.50
  1 Meatball Sandwich                  12.50
  1 Chicken Garcia                     12.50
  1 Chicken Pita                       10.50
                                     ---------
                   Subtotal            165.25
                        Tax              0.00
            Delivery Charge              4.00
                      Total            169.25

      Paid Account                     169.25

       Amount Due                        0.00

  CustomerJUDGE BROWN US COURT

  DOB

  Paid inOrd #52 Full
```

12 Jurors served meals.

*[signature]*