**AO 187 (Rev.7/87) Exhibit and Witness List**

# UNITED STATES DISTRICT COURT

<u>     EASTERN     </u> DISTRICT OF <u>     LOUISIANA     </u>

| UNITED STATES OF AMERICA | TRIAL EXHIBIT LIST |
|---|---|
| VERSUS | |
| ERNESTINE ANDERSON-TRAHAN | CASE NUMBER:  22-2  "G" |

| PRESIDING CHIEF JUDGE<br>Nannette Jolivette Brown | GOVERNMENT'S ATTORNEY<br>Brian Flanagan, Marissa Brodney and Michael Boteler | DEFENDANT'S ATTORNEY<br>Michael Magner and Thomas Wicker, IV |
|---|---|---|
| HEARING DATE(S)<br>November 14-18, 2022 | COURT REPORTER<br>Nichelle Wheeler | COURTROOM DEPUTY<br>Dena White |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 11/14/22 | ✔ | ✔ | Pictures of Courthouse (Bates Nos. 41922-41923) |
| 2 | | 11/14/22 | ✔ | ✔ | Summary of Marriages by Judge Trahan (Bates No. 14777) |
| 3 | | 11/14/22 | ✔ | ✔ | Marriage Certificates 2013 - 282 (Bates Nos. 14778-5059) |
| 4 | | 11/14/22 | ✔ | ✔ | Marriage Certificates 2014 - 372 (Bates Nos. 15060-15431) |
| 5 | | 11/14/22 | ✔ | ✔ | Marriage Certificates 2015 - 415 (Bates Nos. 15480-16520; 41892-41904) |
| 6 | | 11/14/22 | ✔ | ✔ | Marriage Certificates 2016- 463 (Bates Nos. 16531-17672; 41905-41906) |
| | 1 | 11/15/22 | ✔ | ✔ | Photo - Tammi Majors, Teena Trahan, and their mothers |
| 7 | | 11/15/22 | ✔ | ✔ | 2013 Ernestine Trahan Financial Disclosure Form (Bates Nos. 41907-41914) |
| 8 | | 11/15/22 | ✔ | ✔ | 2014 Ernestine Trahan Financial Disclosure Form (Bates Nos. 30456-30463) |
| 9 | | 11/15/22 | ✔ | ✔ | 2015 Ernestine Trahan Financial Disclosure Form (Bates Nos. 30471-30477) |
| 10 | | 11/15/22 | ✔ | ✔ | 2016 Ernestine Trahan Financial Disclosure Form (Bates Nos. 30485-30491) |
| 11 | | 11/15/22 | ✔ | ✔ | 2015 Amended Financial Disclosure (Bates Nos. 30464-30470) |
| 12 | | 11/15/22 | ✔ | ✔ | 2016 Amended Financial Disclosure (Bates Nos. 30478-30484) |
| 13 | | 11/15/22 | ✔ | ✔ | 2014 Amended Financial Disclosure (Bates Nos. 34271-34278) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.  Page 1 of 7

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 14 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2013 Form 1040 (Bates Nos. 42015-42030) |
| 15 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2014 Form 1040 (Bates Nos. 42551-42595) |
| 16 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2015 Form 1040 (Bates Nos. 42596-42642) |
| 17 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2016 Form 1040 (Bates Nos. 42643-42693) |
| 18 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2015 Amended Form 1040X (Bates Nos. 42119-42142) |
| 19 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2016 Amended Form 1040X (Bates Nos. 42191-42208) |
| 20 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2017 Form 1040 (Bates Nos. 42694-42745) |
| 21 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2012 Account Transcript (Bates Nos. 42336-42338) |
| 22 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2013 Account Transcript (Bates Nos. 42339-42341) |
| 23 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2014 Account Transcript (Bates Nos. 42342-42345) |
| 24 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2015 Account Transcript (Bates Nos. 42346-42349) |
| 25 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2016 Account Transcript (Bates Nos. 42350-42352) |
| 26 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2017 Account Transcript (Bates Nos. 42353-42355) |
| 27 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2012 IMF (Bates Nos. 42007-42014) |
| 28 | | 11/15/22 | ✔ | ✔ | ACS History Transcript for Ernestine Trahan (Bates Nos. 42369-42375) |
| 29 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2012 Wage & Income Transcript (Bates Nos. 42547-42550) |
| 30 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2013 Wage & Income Transcript (Bates Nos. 42443-42447) |
| 31 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2014 Wage & Income Transcript (Bates Nos. 42448-42452) |
| 32 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2015 Wage & Income Transcript (Bates Nos. 42453-42458) |
| 33 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2016 Wage & Income Transcript (Bates Nos. 42459-42463) |
| 34 | | 11/15/22 | ✔ | ✔ | Ernestine Trahan 2017 Wage & Income Transcript (Bates Nos. 42464-42467) |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 35 | | 11/15/22 | ✔ | ✔ | October 18, 2018 Letter re Amended Returns (Bates No. 12479) |
| 36 | | 11/15/22 | ✔ | ✔ | October 18, 2018 Letter - 2017 (Bates Nos. 12480; 12482-12496) |
| 37 | | 11/15/22 | ✔ | ✔ | October 18, 2018 Letter - 2016 (Bates Nos. 12510-12526) |
| 38 | | 11/15/22 | ✔ | ✔ | October 18, 2018 Letter - 2015 (Bates Nos. 12539-12558) |
| 39 | | 11/15/22 | ✔ | ✔ | September 10, 2019 Letter (Bates No. 33563) |
| 40 | | 11/15/22 | ✔ | ✔ | All Whitney Bank Statements (Bates Nos. 32513-32807) |
| 41 | | 11/15/22 | ✔ | ✔ | JPMC Signature Card (Bates No. 8396) |
| 42 | | 11/15/22 | ✔ | ✔ | Statements February 2013 to February 2016 (Bates Nos. 8719-9823 non-consecutive) |
| 43 | | 11/15/22 | ✔ | ✔ | Check - Hall (Bates No. 9125) |
| 44 | | 11/15/22 | ✔ | ✔ | Check - Kluger (Bates No. 9095) |
| 45 | | 11/15/22 | ✔ | ✔ | Checks - Clifton Davis (Bates Nos. 8872; 9827) |
| 46 | | 11/15/22 | ✔ | ✔ | Check - Boykin & Utley (Bates No. 9722) |
| 47 | | 11/15/22 | ✔ | ✔ | Statements from December 15, 2015 through August 16, 2017 (Bates Nos. 9774-10484 non-consecutive) |
| 48 | | 11/15/22 | ✔ | ✔ | 2016 Tax Return Workpapers for Preparation of Ernestine Trahan Form 1040X) (Bates Nos. 12808-12951) |
| 49 | | 11/15/22 | ✔ | ✔ | 2015 Tax Return Workpapers for Preparation of Ernestine Trahan Form 1040X (Bates Nos. 12628-12807) |
| 50 | | 11/15/22 | ✔ | ✔ | 2014 Tax Return Workpapers for Preparation of Ernestine Trahan Form 1040X (Bates Nos. 35015-35063) |
| 51 | | 11/15/22 | ✔ | ✔ | 2013 Tax Return Workpapers for Preparation of Ernestine Trahan Form 1040X (Bates Nos. 34965-34967; 34969-35014) |
| 52 | | 11/15/22 | ✔ | ✔ | 2017 Tax Return Workpapers for Preparation of Ernestine Trahan Form 1040 (Bates Nos. 12952-13039) |
| 53 | | 11/15/22 | ✔ | ✔ | 2012 Tax Return Workpapers for Preparation of Ernestine Trahan Form 1040 (Bates Nos. 34907-34964) |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 54 | | 11/15/22 | ✔ | ✔ | 2012 Engagement Letter for Preparation of Ernestine Trahan Form 1040 (Bates Nos. 34938-34942) |
| 55 | | 11/15/22 | ✔ | ✔ | 2013X Engagement Letter (Bates Nos. 34970-34976) |
| 56 | | 11/15/22 | ✔ | ✔ | 2014X Engagement Letter (Bates Nos. 35015-35023) |
| 57 | | 11/15/22 | ✔ | ✔ | 2016 Form 1040 (Bates Nos. 12812-12828) |
| 58 | | 11/15/22 | ✔ | ✔ | 2015 Form 1040 (Bates Nos. 12633-12649) |
| 59 | | 11/15/22 | ✔ | ✔ | 2012 Tax Return (Bates Nos. 34909-34937) |
| 60 | | 11/15/22 | ✔ | ✔ | 2016 Form 1040X (Bates Nos. 16868-12884) |
| 61 | | 11/15/22 | ✔ | ✔ | 2015 Form 1040X (Bates Nos. 12721-12740) |
| 62 | | 11/15/22 | ✔ | ✔ | Unfiled 2014 Form 1040X (Bates Nos. 35024-35039) |
| 63 | | 11/15/22 | ✔ | ✔ | Unfiled 2013 Form 1040X (Bates Nos. 34978-34992) |
| 64 | | 11/15/22 | ✔ | ✔ | 2016 Schedule C Documentation (Bates Nos. 12932; 12934) |
| 65 | | 11/15/22 | ✔ | ✔ | 2015 Schedule C Documentation (Bates Nos. 12793; 12796) |
| 66 | | 11/15/22 | ✔ | ✔ | 2015 Form 1099 (Bates No. 12794) |
| 67 | | 11/15/22 | ✔ | ✔ | Correspondence re Amended 2013 and 2014 Forms 1040X (Bates No. 34969) |
| 68 | | 11/15/22 | ✔ | ✔ | 2016 Installment Agreement Request (Bates No. 12811) |
| 69 | | 11/15/22 | ✔ | ✔ | 2015 Installment Agreement Request (Bates No. 12632) |
| 70 | | 11/15/22 | ✔ | ✔ | 2012 Installment Agreement Request (Bates No. 34908) |
| 71 | | 11/15/22 | ✔ | ✔ | 2016 E-File (Bates No. 12809) |
| 72 | | 11/15/22 | ✔ | ✔ | 2015 E-File (Bates No. 12629) |
| | 2 | 11/15/22 | ✔ | ✔ | 2013 Handwritten Tax Notes (Bates Nos. TRAHAN 007156- 007160) |
| 73 | | 11/16/22 | ✔ | ✔ | Marriage Record Numbers and Ceremony Date & Time by Officiant Name (Bates No. 42487) |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 74 | | 11/16/22 | ✔ | ✔ | Unreported Legal Fee Income |
| 75 | | 11/16/22 | ✔ | ✔ | Form 4751- 2014 (Bates Nos. 41931-41936) |
| 76 | | 11/16/22 | ✔ | ✔ | Form 4751 - 2015 (Bates Nos. 41937-41940) |
| 77 | | 11/16/22 | ✔ | ✔ | Form 4751 - 2016 (Bates Nos. 41941-41946) |
| 78 | | 11/16/22 | ✔ | ✔ | Summary of Schedule C - Weddings, Legal Fees, and Business Income |
| | 3 | 11/16/22 | ✔ | ✔ | Government's Summary Table from Two Weeks Ago (Bates No. TRAHAN 7333) |
| | 4 | 11/16/22 | ✔ | ✔ | Government's Summary Table from Beginning of Trial (Bates No. TRAHAN 007334) |
| | 5 | 11/16/22 | ✔ | ✔ | Government's Current Version of the Summary Table (Bates No. TRAHAN 007335) |
| | 6 | 11/16/22 | ✔ | ✔ | 2012 Copies of Checks of Expenses (Bates Nos. TRAHAN 007324-007326) |
| | 7 | 11/16/22 | ✔ | ✔ | 2013 Copies of Checks of Expenses (Bates Nos. TRAHAN 007327-7332) |
| | 8 | 11/16/22 | ✔ | ✔ | 2022-11-07 David Carrone Form 4549-A (Bates Nos. TRAHAN 007320-007323) |
| | 9 | 11/16/22 | ✔ | ✔ | Oschner Medical Records - Trahan, Ernestine (Bates Nos. TRAHAN 000001-000859) |
| | 10 | 11/16/22 | ✔ | ✔ | West Jefferson Medical Center Records - Anderson, Faye (Bates Nos. TRAHAN 000860-001477) |
| | 11 | 11/16/22 | ✔ | ✔ | Oschner Medical Records - Anderson, Faye (Bates Nos. TRAHAN 001478-001645) |
| | 12 | 11/16/22 | ✔ | ✔ | Crescent City Physicians Medical Records - Anderson, Faye (Bates Nos. TRAHAN 001646-002797) |
| | 13 | 11/16/22 | ✔ | ✔ | New Orleans Kidney Center Medical Records - Anderson, Faye (Bates Nos. TRAHAN 002798-002960) |
| | 14 | 11/16/22 | ✔ | ✔ | Touro Infirmary Records - Anderson, Fay, Pt. 1 (Bates Nos. TRAHAN 003054-003359) |
| | 15 | 11/16/22 | ✔ | ✔ | Touro Infirmary Records - Anderson, Fay, Pt. 2 (Bates Nos. TRAHAN 003060-004840) |
| | 16 | 11/16/22 | ✔ | ✔ | Touro Infirmary Records - Anderson, Fay, Pt. 3 (Bates Nos. TRAHAN 004841-004941) |
| | 17 | 11/16/22 | ✔ | ✔ | Touro Infirmary Records - Trahan, Ernestine, Pt. 1 (Bates Nos. TRAHAN 004842-006557) |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 18 | 11/16/22 | ✔ | ✔ | Touro Infirmary Records - Trahan, Ernestine, Pt. 2 (Bates Nos. TRAHAN 006558-006780) |
| | 19 | 11/16/22 | ✔ | ✔ | Touro Infirmary Records - Trahan, Ernestine, Pt. 3 (Bates Nos. TRAHAN 006781-007050) |
| | 20 | 11/16/22 | ✔ | ✔ | Medical Timeline of Faye Anderson and Ernestine Trahan (Bates No. TRAHAN 007155) |
| | 21 | 11/16/22 | ✔ | ✔ | 2013-05-20 Heitmeier & Armani Medical & Surgical Eyecare - Ledger Detail - Anderson, Faye (Bates Nos. TRAHAN 007051-007055) |
| | 22 | 11/16/22 | ✔ | ✔ | 2014-05-09 Touro ER Visit - Admitted for Stroke - Anderson, Faye (Bates Nos. TRAHAN 001772-001774) |
| | 23 | 11/16/22 | ✔ | ✔ | 2014-05-14 Touro Doctor Visit - Post Stroke Admission - Anderson, Faye (Bates Nos. TRAHAN 003160-003162) |
| | 24 | 11/16/22 | ✔ | ✔ | 2014-05-20 Touro Doctor Visit - Multiple Falls Over Weekend - Anderson, Faye (Bates Nos. TRAHAN 003155-003159) |
| | 25 | 11/16/22 | ✔ | ✔ | 2014-10-16 Touro Visit - Endoscopic Sinus Surgery - Trahan, Ernestine (Bates No. TRAHAN 006771) |
| | 26 | 11/16/22 | ✔ | ✔ | 2015-04-13 Crescent City Physicians - Diagnosed Hypertension, Alzheimer's - Anderson, Fae (Bates Nos. TRAHAN 001673-001676) |
| | 27 | 11/16/22 | ✔ | ✔ | 2016-02-02 Ochsner ER Visit - Admitted for Swelling in Both Legs - Anderson, Faye (Bates Nos. TRAHAN 001555-001564, 001568) |
| | 28 | 11/16/22 | ✔ | ✔ | 2016-02-15 Ochsner ER Visit - Admitted for Swelling in Legs - Anderson, Faye (Bates Nos. TRAHAN 001518-001522) |
| | 29 | 11/16/22 | ✔ | ✔ | 2016-03-28 Touro ER Visit - Swelling to Face, Legs, and Hands - Anderson, Faye (Bates Nos. TRAHAN 002028-002031, 002052) |
| | 30 | 11/16/22 | ✔ | ✔ | 2016-04-21 Ocshner Visit - Chronic Sinus Issues - Under Stress for Caring for Ill Mother - Trahan, Ernestine (Bates Nos. TRAHAN 000840-000842) |
| | 31 | 11/16/22 | ✔ | ✔ | 2016-09-20 Touro ER Visit - Left Arm & Left Leg Numbness - Anderson, Faye (Bates Nos. TRAHAN 004052-002057, 004060) |
| | 32 | 11/16/22 | ✔ | ✔ | 2016-10-04 Touro Visit - Surgery for Right Internal Jugular Catheter - Anderson, Faye (Bates Nos. TRAHAN 003880-003881) |
| | 33 | 11/16/22 | ✔ | ✔ | 2017-01-11 NO Kidney Center Visit - Premature End of Dialysis - Anderson, Faye (Bates Nos. TRAHAN 002805-002807) |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | 34 | 11/16/22 | ✔ | ✔ | 2017-03-07 Touro Visit - Surgery for Arteriovenous Fistula Construction - Anderson, Faye (Bates No. TRAHAN 002704) |
|  | 35 | 11/16/22 | ✔ | ✔ | 2017-06-14 WJMC ER Visit - Admitted for Diminished Mental Capacity, SOB, Placed on Ventilator - Anderson, Faye (Bates Nos. TRAHAN 000900-000906) |
|  | 36 | 11/16/22 | ✔ | ✔ | 2017-06-17 WJMC ER Visit - Passes Away Due to Cardiac Arrest - Anderson, Faye (Bates No. TRAHAN 00967) |
| 79 |  | 11/16/22 | ✔ | ✔ | Shelton Treatment Notes (Bates Nos. 42751-42772) |