UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

**ORDER**

Considering the Unopposed, Ex Parte Motion to Continue Deadline to File Motion for Acquittal filed on behalf of Defendant Ernestine Anderson-Trahan,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that the deadline to file a Rule 29 Motion for Acquittal is continued to December 16, 2022, and

New Orleans, Louisiana this ___ day of _____, 2022.

_____
**THE HONORABLE NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT CHIEF JUDGE**

#100795963v1