UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO.: 22-2 |
| ERNESTINE ANDERSON-TRAHAN | SECTION: "G" |

## ORDER

Considering Defendant Ernestine Anderson-Trahan's Unopposed Ex Parte Motion to Continue Deadline to File Motion for Acquittal,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**

**IT IS HEREBY ORDERED** that Defendant Ernestine Anderson-Trahan shall file any memorandum in support of her Renewed Motion for Judgment of Acquittal on or before December 16, 2022. The government shall file any response to the motion on or before December 30, 2022. Defendant shall file any reply brief on or before January 9, 2023.

**NEW ORLEANS, LOUISIANA**, this  23rd  day of November, 2022.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**