UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-2 |
| ERNESTINE ANDERSON-TRAHAN | SECTION: "G" |

**O R D E R**

**IT IS ORDERED** that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

**IT IS FURTHER ORDERED** that the clerk pay to  Majoria's Commerce Restaurant  the sum of $ 196.25, for meals for the jury in this matter on November 18, 2022.

New Orleans, Louisiana, this 28th day of November, 2022.

*Nannette Jolivette Brown*
NANNETTE JOLIVETTE BROWN
CHIEF UNITED STATES DISTRICT JUDGE

12 Jurors served meals.

*Deena White* (signature)

```
MAJORIA'S COMMERCE RESTAURANT
            300 CAMP ST
        NEW ORLEANS, LA 70130
           (504) 561-9239
         www.commercerest.com
     November 18, 2022 at 12:41 PM

              Order #11053

          Customer Information:
              Deena White
          Phone: (504) 589-7505
        Address: 500 Poydras # 205


                  Delivery
            Guest: Deena White
                  Delivery

CLASSIC BURGER                         13.00
CLASSIC BURGER                         14.75
CAESAR                                 15.00
Sweet Potato Fries                      4.50
CLASSIC BURGER                         12.00
Shrimp Po-Boy                          16.75
Fried Oyster PoBoy                     21.00
FRIES                                   3.75
CLUB Toast                             14.00
CAESAR                                 16.00
Sweet Potato Fries                      4.50
Fried Oyster PoBoy                     21.00
Fried Oyster PoBoy                     21.00
CLUB Toast                             14.00
Open Food                               5.00

Subtotal                              196.25
Tax                                     0.00

Total                                 196.25

        Receipt Code: 0119656116687

         Thank you for visiting!
            Come back soon!
```