# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                    **CRIMINAL NO. 22-02**

**VERSUS**                                     **SECTION "G"(1)**

**ERNESTINE ANDERSON-TRAHAN**


## MOTION FOR LEAVE TO FILE MOTION FOR ACQUITTAL, MEMORANDUM IN SUPPORT, AND EXHIBITS UNDER SEAL

NOW INTO COURT, through undersigned counsel, comes Defendant Ernestine Anderson-Trahan, who respectfully moves the Court for leave to file her Motion for Acquittal, as well as her accompanying memorandum in support and exhibits, under seal. Both the memorandum in support and the attached exhibits contain sensitive medical information pertaining to both Ms. Trahan and her mother, Ms. Faye Anderson.

WHEREFORE, Ms. Trahan requests leave to her Motion for Acquittal, and accompanying memorandum in support and exhibits, under seal.

Respectfully submitted,

*/s/ Michael W. Magner*
Michael W. Magner (01206)
Thomas C. Wicker, IV (37955)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
(504) 582-8316
(504) 582-8150
mmagner@joneswalker.com
twicker@joneswalker.com
*Counsel for Defendant,*
*Ernestine Anderson-Trahan*

## CERTIFICATE OF SERVICE

I certify that on December 16, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

*/s/ Michael W. Magner*