UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

### ORDER

Considering Defendant Ernestine Anderson-Trahan's Motion for Leave to file her Motion for Acquittal, Memorandum in Support, and Exhibits, Under Seal,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that Defendant Ernestine Anderson-Trahan's Motion for Acquittal, and accompanying memorandum in support and exhibits shall filed into the record under seal.

New Orleans, Louisiana, this _____ day of December, 2022.

_____
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE

#100847707v1