**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-2** |
| v. | * | **SECTION: "G"** |
| **ERNESTINE ANDERSON-TRAHAN** | * | |
| | * * * | |

### GOVERNMENT'S UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO CONTINUE THE DEADLINE TO RESPOND TO DEFENDANT'S RENEWED MOTION FOR JUDGMENT OF ACQUITTAL

**NOW INTO COURT** comes the United States of America, by undersigned counsel, and respectfully moves this Court to continue the deadline to respond to Defendant's Renewed Motion for Judgment of Acquittal from December 30, 2022 to January 6, 2023.

Defense Counsel filed their potentially case-dispositive motion on December 16, 2022. D.E. 128. Defense Counsel filed on that date—four weeks after the Court discharged the jury—after first obtaining a continuance from the Court from December 2, 2022 to December 16, 2022, in part in order to obtain a finalized copy of the trial transcript. D.E. 121; D.E. 122. The Government did not oppose Defense Counsel's motion to continue, and Defense Counsel noted in support of its Motion that "continuances are available to allow the government to respond to Ms. Trahan's planned motion." D.E. 121 at 2. In order to meet the Court's deadline to respond of December 30, 2022, the members of the prosecution would have to work through the Christmas and Hanukkah holidays and cancel previously approved requests for leave. The United States has consulted with Defense Counsel. Defense Counsel has stated they have no objection to the granting of this Motion.

As noted by Defense Counsel in their prior motion, the Court should weigh four factors in evaluating a request for a continuance: (1) the reason for the continuance; (2) the importance of the continuance; (3) potential prejudice in allowing the continuance; and (4) the availability of a continuance to cure such prejudice.  *See Squyres v. Heico Cos., LLC*, 782 F.3d 224, 237 (5th Cir. 2015); D.E. 121 at 1–2.  Here, the Government requests a relatively-short continuance given the upcoming holidays.  The continuance is important as the Motion at issue is case-dispositive; Defense Counsel has moved for a judgment of acquittal.  In order to adequately respond to the motion and to meet the Court's direction when ordering briefing on this issue, the Government must thoroughly review the evidence admitted and the transcript of this five-day trial.  The potential prejudice to Defendant is small as (a) Defense Counsel has already requested and received a two-week continuance and (b) Defense Counsel does not object to the Government's request for its own continuance.  If Defense Counsel later determines Defendant would be prejudiced, Defense Counsel could request another continuance before filing their reply.

**WHEREFORE**, the United States respectfully requests the Court signed the attached order continuing the deadline for the Government to respond to the Defense's Motion for Acquittal from December 30, 2022, to January 6, 2023.

                Respectfully submitted,

                DUANE A. EVANS
                UNITED STATES ATTORNEY

                */s/ Brian Flanagan*
                BRIAN E. FLANAGAN
                Trial Attorney, Tax Division
                New York Bar Number: 5191911
                150 M. Street NE, Suite 1405
                Washington, D.C., 20002
                Telephone: 202-616-3362
                Email: brian.e.flanagan@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 19, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        */s/ Brian Flanagan*
                                        BRIAN E. FLANAGAN
                                        Trial Attorney, Tax Division