UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-2** |
| **v.** | * | **SECTION: "G"** |
| **ERNESTINE ANDERSON-TRAHAN** | * | |
| | * * * | |

**O R D E R**

Considering the Government's Unopposed Motion to Continue the Deadline to Respond to Defendant's Renewed Motion for Judgment of Acquittal,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Government shall file its response to Defendant's Renewed Motion for Judgment of Acquittal on or before January 6, 2023. Defendant shall file any reply brief on or before January 16, 2023.

New Orleans, Louisiana, this _____ day of December, 2022.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT