# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-2** |
| **v.** | * | **SECTION: "G"** |
| **ERNESTINE ANDERSON-TRAHAN** | * | |
| | * * * | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE A RESPONSE TO MOTION FOR ACQUITTAL UNDER SEAL

**NOW INTO COURT** comes the United States of America, by undersigned counsel, and respectfully moves the Court for leave to file a Response under Seal to Defendant's Motion for a Judgment of Acquittal. On December 16, 2022, the Defendant filed its Motion for Judgment of Acquittal Under Seal. D.E. 128. The Court granted leave to file under seal in order to protect Defendant's sensitive medical records in accordance with the Health Insurance Portability and Accountability Act ("HIPAA"). D.E. 136. In its Response, the Government intends to reference the medical records discussed by Defendant. Therefore, consistent with Local Rule 5.6, the United States respectfully moves this Court for leave to file its Response under seal, and requests that the Response be sealed indefinitely.

Wherefore, the United States respectfully requests that the Court grant the United States' motion for leave to file a Response under seal.

>Respectfully submitted,
>
>DUANE A. EVANS
>United States Attorney
>
>*/s/ Brian Flanagan*
>BRIAN E. FLANAGAN
>Trial Attorney, Tax Division
>150 M. Street NE, Suite 1405
>Washington, D.C., 20002
>Telephone: 202-616-3362
>Email: brian.e.flanagan@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>*/s/ Brian Flanagan*
>BRIAN E. FLANAGAN
>Trial Attorney, Tax Division