UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-2 |
| v. | * | SECTION: "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |
| | * * * | |

**O R D E R**

Before the Court is the Government's Motion for Leave to File A Response to Motion for Acquittal Under Seal.  In the Motion to Seal, the Government requests that the Response be sealed because the Response discusses Defendant's medical history.

Local Rule 5.6 provides:

(A)  No document or other tangible item may be filed under seal without the filing of a separate motion and order to seal, unless authorized by law.

(B)  Any motion providing prospectively for filing materials under seal must be accompanied by a non-confidential supporting memorandum, a notice of the request to seal, and a proposed order.  The non-confidential memorandum must include:

(1) A non-confidential description of what is to be sealed (e.g., medical records);
(2) A statement as to why the sealing is necessary;
(3) Reference to governing case law; and
(4) A statement of the period of time the party seeks to have the matter maintained under seal and how the matter is to be handled upon sealing.

The Government has provided a non-confidential description of what is to be sealed, and a statement as to why sealing is necessary.  As stated in the Government's Motion, the Health Insurance Portability and Accountability Act ("HIPAA") provides for confidentiality of medical records.  The Government requests that the Response should be sealed indefinitely.  The Court

finds that sealing these records serves the overriding interest of limiting the public dissemination of these records. Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion to Seal is **GRANTED**. The Clerk of Court shall maintain the Government's Response to Motion for Acquittal under seal, except for copies to be served on all counsel of record.

New Orleans, Louisiana, this _____ day of January, 2023.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT