**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-2** |
| **v.** | * | **SECTION: "G"** |
| **ERNESTINE ANDERSON-TRAHAN** | * | |

\* \* \*

## GOVERNMENT'S MOTION TO EXCEED PAGE LIMIT

**NOW INTO COURT**, comes the United States of America, by undersigned counsel, respectfully moves this Honorable Court for permission to exceed the page limit set forth in LR 7.7.

The local rules of the Eastern District of Louisiana state that "[e]xcept with prior leave of court, a trial brief or memorandum supporting or opposing a motion must not exceed 25 pages, excluding exhibits…." LR 7.7. The Government's Response to Defendant's Motion totals 30 pages, thereby exceeding the 25-page limit. Good cause exists for exceeding the page limitation because the Government has endeavored to respond as concisely as possible, given the complexity and case-dispositive nature of Defendant's Motion. In order to fully respond to Defendant's Motion, the Government must address the evidence and testimony of a five-day trial, including an 830-page transcript, 79 Government Exhibits, and 36 Defense Exhibits.

**WHEREFORE**, for the foregoing reasons, the Government respectfully requests that its motion to exceed page limitation be **GRANTED.**

    Respectfully submitted,

    DUANE A. EVANS
    United States Attorney

    */s/ Brian Flanagan*
    BRIAN E. FLANAGAN
    Trial Attorney, Tax Division
    150 M. Street NE, Suite 1405
    Washington, D.C., 20002
    Telephone: 202-616-3362
    Email: brian.e.flanagan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    */s/ Brian Flanagan*
    BRIAN E. FLANAGAN
    Trial Attorney, Tax Division