UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-2 |
| v. | * | SECTION: "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |

\* \* \*

# O R D E R

Considering the foregoing motion to exceed page limitation;

**IT IS ORDERED** that the Government's Opposition to Defendant's Motion for a Judgment of Acquittal totaling 30 pages be filed in the record.

New Orleans, Louisiana this _____ day of January, 2023.

_____
HONORABLE NANNETTE JOLIVETTE BROWN
CHIEF UNITED STATES DISTRICT JUDGE