UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 22-2** |
| **ERNESTINE ANDERSON-TRAHAN** | **SECTION: "G"** |

# ORDER

Before the Court is the government's "Motion for Leave to File a Response to Motion for Acquittal Under seal."[1] In the motion, the government requests that the response be sealed because they includes sensitive discussions of Defendant's medical history and her mother's medical history.[2]

Local Rule 5.6 provides:

(A) No document or other tangible item may be filed under seal without the filing of a separate motion and order to seal, unless authorized by law.

(B) Any motion providing prospectively for filing materials under seal must be accompanied by a non-confidential supporting memorandum, a notice of the request to seal, and a proposed order. The non-confidential memorandum and proposed order must include:

> (1) A non-confidential description of what is to be sealed (e.g., medical records);
> (2) A statement as to why sealing is necessary;
> (3) Reference to governing case law; and
> (4) A statement of the period of time the party seeks to have the matter maintained under seal and how the matter is to be handled upon sealing.

---

[1] Rec. Doc. 138.

[2] *Id.* at 1.

The government has provided a non-confidential description of what is to be sealed, and a statement as to why sealing is necessary. Additionally, the government has referenced the governing law, the Health Insurance Portability and Accountability Act ("HIPAA"), which provides for confidentiality of medical records. The government also requests that the response be sealed indefinitely because it contains HIPPA information of both Defendant and others. Accordingly,

**IT IS HEREBY ORDERED** that the government's motion to seal[3] is **GRANTED**. The Clerk of Court shall maintain the government's response to Defendant's Motion for Acquittal under seal, except for copies to be served on all counsel of record.

**NEW ORLEANS, LOUISIANA**, this __9th__ day of January, 2023.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[3] Rec. Doc. 138.