UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-2 |
| v. | * | SECTION: "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |
| * * * | | |

# **O R D E R**

Considering the foregoing motion to exceed page limitation;

**IT IS ORDERED** that the motion is **GRANTED.** The Government's Opposition to Defendant's Motion for a Judgment of Acquittal totaling 30 pages shall be filed in the record.

New Orleans, Louisiana this __11th__ day of January, 2023.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT