UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

### EX PARTE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT OF ACQUITTAL IN EXCESS OF PAGE LIMITATION AND UNDER SEAL

NOW INTO COURT, through undersigned counsel, comes Ernestine Anderson Trahan who moves for leave to file a reply in excess of ten pages and under seal. Local Rule 7.7 provides that "[e]xcept with prior leave of court . . . a reply brief or memorandum must not exceed 10 pages, excluding exhibits." Here, Ms. Trahan requests leave to file excess pages in order to adequately reply to the government's extensive 30-page opposition, which is also greater than the limit set by Local Rule 7.7. The government's opposition required extensive factual recitations, as well as legal arguments, as an adequate response. Even with that, Ms. Trahan's reply is minimally over the limit and is only 11 pages.

Further, Ms. Trahan requests leave to file the reply under seal. The reply contains certain sensitive, private medical information, which the Court has sealed throughout the case.

WHEREFORE, Ms. Trahan respectfully requests that the Court grant her leave to file a reply in support of her motion for judgment of acquittal that is in excess of the 10-page limitation contained in Local Civil Rule 7.7 and under seal.

        /s/ Michael W. Magner\
Michael W. Magner (#01206)\
Thomas C. Wicker, IV (#37955)\
JONES WALKER LLP\
201 St. Charles Avenue, Suite 5100\
New Orleans, LA 70170-5100\
Telephone: (504) 582-8316\
(504) 582-8150\
mmagner@joneswalker.com\
twicker@joneswalker.com\
*Counsel for Defendant,*\
*Ernestine Anderson-Trahan*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        /s/ Michael W. Magner

#100896006v2