UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-02 |
| VERSUS | SECTION "G"(1) |
| ERNESTINE ANDERSON-TRAHAN | |

### ORDER

Considering Ernestine Anderson-Trahan's Ex Parte Motion for Leave to File Reply in Support of Motion for Judgment of Acquittal in Excess of Page Limitation and Under Seal,

IT IS HEREBY ORDERED that the Motion is GRANTED,

IT IS FURTHER ORDERED that Ms. Trahan is granted leave to file a reply memorandum in support of her motion for a judgment of acquittal in excess of the ten-page limitation set forth in Local Rule 7.7,

IT IS FURTHER ORDERED that Ms. Trahan's Reply in Support of Motion for Judgment of Acquittal shall be filed into the record under seal.

New Orleans, Louisiana, January ____, 2023.

_____
HON. NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT COURT

#100896006v2

3