# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-2 |
| ERNESTINE ANDERSON-TRAHAN | SECTION: "G" |

## ORDER

Before the Court is Defendant Ernestine Anderson-Trahan's ("Defendant") "Motion for Leave to File Reply in Support of Motion for Acquittal In Excess of Page Limitation and Under Seal."[1] In the motion, Defendant requests that the reply brief be sealed because they includes sensitive discussions of Defendant's medical history and her mother's medical history.[2] Defendant also requests that she be allowed to file the 11-page reply brief, which exceeds Local Rule 7.7's 10-page-limitation by one page.[3]

Local Rule 5.6 provides:

(A) No document or other tangible item may be filed under seal without the filing of a separate motion and order to seal, unless authorized by law.

(B) Any motion providing prospectively for filing materials under seal must be accompanied by a non-confidential supporting memorandum, a notice of the request to seal, and a proposed order. The non-confidential memorandum and proposed order must include:

> (1) A non-confidential description of what is to be sealed (e.g., medical records);
> (2) A statement as to why sealing is necessary;
> (3) Reference to governing case law; and

---

[1] Rec. Doc. 143.

[2] *Id.* at 1.

[3] *Id.*

      (4) A statement of the period of time the party seeks to have the matter maintained under seal and how the matter is to be handled upon sealing.

Defendant has provided a non-confidential description of what is to be sealed, and a statement as to why sealing is necessary. Although the motion does not reference the governing caselaw, the Health Insurance Portability and Accountability Act ("HIPAA") provides for confidentiality of medical records. Additionally, although the motion does not indicate the period of time Defendant seeks to have the opposition sealed, the Court will infer that opposition should be sealed indefinitely because it contains HIPPA information of both Defendant and others. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's "Motion for Leave to File Reply in Support of Motion for Acquittal In Excess of Page Limitation and Under Seal"[4] is **GRANTED**. The Clerk of Court shall maintain Defendant's 11-page reply brief under seal, except for copies to be served on all counsel of record.

**NEW ORLEANS, LOUISIANA**, this 13th day of January, 2023.

                                                        **NANNETTE JOLIVETTE BROWN**
                                                        **CHIEF JUDGE**
                                                        **UNITED STATES DISTRICT COURT**

---

[4] Rec. Doc. 143.