**MINUTE ENTRY**
**BROWN, C.J.**
**January 18, 2023**
**JS-10  00:06**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 22-2** |
| **ERNESTINE ANDERSON-TRAHAN** | **SECTION "G"** |

**MINUTE ENTRY**

A status conference was held on January 18, 2023, with the following individuals participating by video conference:

- Thomas C. Wicker, IV (Jones Walker) on behalf of Defendant Ernestine Anderson-Trahan

- Brian Flanagan, Marissa Brodney, and Michael Boteler (U.S. Department of Justice Tax Division) on behalf of the government

The Court met with the parties to select a re-trial date. The parties agreed to an April 24, 2023 re-trial date. A final pretrial conference will be held on April 6, 2023 at 2:00 PM. Defendant waives any objection to the re-trial date under the Speedy Trial Act, 18 U.S.C. § 3161.[1]

**NEW ORLEANS, LOUISIANA**, this   20th   day of January, 2023.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court finds that pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by ordering this re-trial date outweigh the best interest of the public and the defendant in a speedy trial. It is specifically found that if re-trial is necessary, an earlier trial would result in a miscarriage of justice, pursuant to subsection 3161(h)(7)(B)(i), as it would not afford the Court sufficient time to rule on the pending Motion for Judgment of Acquittal.