UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-2 |
| VERSUS | SECTION "G" |
| ERNESTINE ANDERSON-TRAHAN | VIOLATION:<br>26 U.S.C. § 7206(1) |

NOTICE OF TRIAL

Take notice that this criminal proceeding is set for **April 24, 2023, at 9:00 A.M.**, before Chief Judge Nannette Jolivette Brown, Courtroom C227, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  January 24, 2023                                        CAROL L. MICHEL, CLERK
                                                                              by Dena White, Deputy Clerk

* * * * * * * * * *

TO:

✓ ERNESTINE ANDERSON-TRAHAN (bond)

✓ Michael William Magner, Counsel
✓ Thomas Wicker, IV, Co-counsel

✓ AUSA BRIAN E. FLANAGAN
  Tax Division, Criminal Enforcement

✓ AUSA WILLIAM M. MONTAGUE
  Tax Division, Criminal Enforcement

✓ AUSA MARISSA R. BRODNEY
  Tax Division, Criminal Enforcement

✓ AUSA MICHAEL BOTELER
  Tax Division, Criminal Enforcement

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓ JUDGE

**If you change address,
notify clerk of court
by phone, (504) 589-7680**

FOREIGN LANGUAGE INTERPRETER:
**NONE**

✓ Special Agent Timothy Moore
  IRS - Criminal Investigations
  newcourt@ci.irs.gov