UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 22-2** |
| **ERNESTINE ANDERSON-TRAHAN** | **SECTION: "G"** |

## ORDER

Before the Court is Defendant Ernestine Anderson-Trahan's ("Anderson-Trahan") Motion for Judgment of Acquittal.[1] On December 22, 2022, the Court granted Anderson-Trahan leave to file her memorandum in support of the motion under seal.[2] On January 10, 2023, the Court granted the government leave to file an opposition to the motion under seal.[3] On January 13, 2023, the Court granted Anderson-Trahan leave to file a reply brief under seal.[4] These briefs were filed under seal to protect the confidentiality of Anderson-Trahan and her mother's medical records. For this same reason, the Court will maintain the attached Order and Reasons under seal temporarily to allow the parties time to notify the Court of any redaction requests. The parties must notify the Court on or before Wednesday, February 15, 2023, if they wish to request that the Court redact any information from the Order and Reasons. If neither party submits redaction requests, the Order and Reasons will be unsealed on Thursday, February 16, 2023. Accordingly,

---

[1] Rec. Doc. 137.

[2] Rec. Docs. 136, 137.

[3] Rec. Docs. 140, 141.

[4] Rec. Docs. 144, 145.

1

**IT IS HEREBY ORDERED** that the parties notify the Court by email to efile-brown@laed.uscourts.gov on or before Wednesday, February 15, 2023 if they believe any redactions of the attached Order and Reasons are necessary.

**NEW ORLEANS, LOUISIANA,** this  14th  day of February, 2023.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**