✎ AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

ERNESTINE ANDERSON-TRAHAN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 22-CR-2 "G"

The Defendant was found not guilty.  **IT IS ORDERED** that the Defendant is acquitted, discharged, and any bond exonerated.

_Nannette Jolivette Brown_
Signature of Judge

Nannette Jolivette Brown, Chief United States District Judge
Name of Judge            Title of Judge

February 14, 2023
            Date