UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-2 |
| v. | * | SECTION: "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |
| | * * * | |

## O R D E R

Before the Court is the Government's Motion to Unseal Its Response to Motion for Acquittal. The Government previously requested that its Response be sealed because it included sensitive discussions of Defendant's medical history and her mother's medical history,[1] and the Court granted that request.[2] The Government now requests that its Response be unsealed, subject to redactions regarding the medical histories. The Government has provided its proposed redactions. The parties must notify the Court on or before February __, 2023, if they wish to request any supplemental redactions. If neither party submits supplemental redaction requests, the Government's Response will be unsealed on February __, 2023, subject to redactions. Accordingly,

---

[1] Rec. Doc. 138.
[2] Rec. Doc. 140.

2

**IT IS HEREBY ORDERED** that the Government's Motion to Unseal is **GRANTED**. The parties must notify the Court by email to efile-brown@laed.uscourts.gov on or before February __, 2023, if they believe any additional redactions of the Government's Response are necessary. On February __, 2023, the Clerk of Court shall enter the Government's Response to Motion for Acquittal into the public record, subject to redactions.

New Orleans, Louisiana, this _____ day of February, 2023.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT