UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-2 |
| v. | * | SECTION: "G" |
| ERNESTINE ANDERSON-TRAHAN | * | |

\* \* \*

## O R D E R

Before the Court is the Government's Motion to Unseal Its Response to Motion for Acquittal. The Government previously requested that its Response be sealed because it included sensitive discussions of Defendant's medical history and her mother's medical history,[1] and the Court granted that request.[2] The Government now requests that its Response be unsealed, subject to redactions regarding the medical histories. The Government has provided its proposed redactions. The parties must notify the Court on or before February 27, 2023, if they wish to request any supplemental redactions. If neither party submits supplemental redaction requests, the Government's Response will be unsealed on February 28, 2023, subject to redactions. Accordingly,

---

[1] Rec. Doc. 138.
[2] Rec. Doc. 140.

**IT IS HEREBY ORDERED** that the Government's Motion to Unseal is **GRANTED**. The parties must notify the Court by email to efile-brown@laed.uscourts.gov on or before February 27, 2023, if they believe any additional redactions of the Government's Response are necessary. On February 28, 2023, the Clerk of Court shall enter the Government's Response to Motion for Acquittal into the public record, subject to redactions.

New Orleans, Louisiana, this __24th__ day of February, 2023.

                                            NANNETTE JOLIVETTE BROWN
                                            CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT